**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Oregon**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | 4 Him Food Group, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Cosmos Creations |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 45-2444307 |

4. **Debtor's address**

**Principal place of business**

395 East 1st Avenue
Number      Street

_____

Junction City      OR    97448
City      State    ZIP Code

Lane County
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
P.O. Box

_____
City      State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City      State    ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.cosmoscreations.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Case 19-62049-tmr11     Doc 1     Filed 07/02/19

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

3119

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ___/___/___ Case number _____
  - MM / DD / YYYY
  - District _____ When ___/___/___ Case number _____
  - MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  - District _____ When ___/___/___
  - MM / DD / YYYY
  - Case number, if known _____

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
        Number        Street

_____

_____
City                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/02/2019
MM / DD / YYYY

✘ /s/ John Strasheim
Signature of authorized representative of debtor

John Strasheim
Printed name

Title President

---

**18. Signature of attorney**

✘ /s/ Timothy Solomon
Signature of attorney for debtor

Date 07/02/2019
MM / DD / YYYY

Timothy Solomon
Printed name

Leonard Law Group LLC
Firm name

1 SW Columbia St., Ste. 1010
Number        Street

Portland
City

OR
State

97258
ZIP Code

9716340190
Contact phone

tsolomon@llg-llc.com
Email address

072573
Bar number

OR
State

---

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

# United States Bankruptcy Court

_____ District Of __Oregon_____

**In re**   **4 Him Food Group, LLC dba**
**Cosmos Creations**

Case No. _____

**Debtor**

Chapter __**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **Hourly (See Attached)**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **See Attached**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **See Attached**

2. The source of the compensation paid to me was:

    **☒** Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

    **☒** Debtor      ☐ Other (specify)

4. **☒** I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

### *None*

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### *None*

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>__07/02/2019_____</td><td>__/s/ Timothy A. Solomon_____</td></tr>
<tr><td>*Date*</td><td>*Signature of Attorney*</td></tr>
<tr><td></td><td>__**Leonard Law Group, LLC**_____</td></tr>
<tr><td></td><td>*Name of law firm*</td></tr>
</table>

**1 SW Columbia, STE 1010**
**Portland, OR 97204**
**(971) 634-0190**
**tsolomon@LLG-LLC.com**

# Attachment to Disclosure of Compensation
## of Attorney for Debtor

      Leonard Law Group, LLC ("LLG") has agreed to represent the Debtor, 4 Him Food Group, LLC dba Cosmos Creations (the "Debtor") in its Chapter 11 bankruptcy filing. Prior to the filing of the petition, the Debtor provided LLG with a $100,000 retainer for services rendered prior to and after the filing of the petition. Prior to filing the petition, $79,881.72 of the retainer was applied to prepetition fees and expenses, leaving a balance of $20,118.28 to be applied to post-petition fees and expenses.

      LLG provided substantial services to Debtor pre-petition in addition to preparing the bankruptcy filing, including (1) investigating and evaluating a possible out of court sale or refinance and other non-bankruptcy strategies, including negotiating with interested parties, and (2) negotiating with various creditors regarding potential resolution of their claims.

Fill in this information to identify the case:

Debtor name _4 Him Food Group, LLC_____

United States Bankruptcy Court for the: _District of Oregon_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B* ..........................................................    $   11,011,815.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.........................................................    $   4,031,202.48

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ..........................................................    $   15,043,017.48

---

**Part 2:**    Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................................    $   11,426,290.91

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................    $   0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................    +$   7,329,335.87

4. **Total liabilities** .......................................................................................................................    $   18,755,626.78
    Lines 2 + 3a + 3b

---

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

**Fill in this information to identify the case:**

Debtor name ___4 Him Food Group, LLC___

United States Bankruptcy Court for the: ___District of Oregon___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1: | Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** — $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Summit Bank - Business Checking | Checking | 6 7 0 2 | $ 2,800.00 |
| 3.2. | See continuation sheet | | ___ ___ ___ ___ | $ 0.00 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 2,800.00

---

### Part 2: | Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

---

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____ $_____

   8.2. _____ $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81. $_____

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts receivable**

    | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
    |---|---|---|---|---|---|
    | 11a. 90 days old or less: | 1,266,197.70 | – | 126,619.77 | = ........➤ | $ 1,139,577.93 |
    | 11b. Over 90 days old: | 87,295.43 | – | 8,729.50 | = ........➤ | $ 78,565.93 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 1,218,143.86

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____ _____ $_____

    14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1. _____ _____% _____ $_____

    15.2. _____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____ _____ $_____

    16.2. _____ _____ $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83. $_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Raw Materials | 06/28/2019 <br> MM / DD / YYYY | $ | Cost | 318,289.95 <br> $ |
| 20. **Work in progress** <br> Work in Progress | 06/28/2019 <br> MM / DD / YYYY | $ | Cost | 1,272.34 <br> $ |
| 21. **Finished goods, including goods held for resale** <br> Finished Goods | 06/28/2019 <br> MM / DD / YYYY | $ | Cost | 160,505.46 <br> $ |
| 22. **Other inventory or supplies** <br> Packaging | 06/28/2019 <br> MM / DD / YYYY | $ | Cost | 684,115.87 <br> $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,164,183.62

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Bix Hub Document Center Copier; Surveillance Camera System; Server Room; Misc. Shop & Office Equipment | $_____ | Appraisal | $ 33,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 33,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☑ Yes

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2015 Bix Tex 140A-19, 19' 2-Axle Equipment Trailer (VIN 23F400375 | $_____ | Appraisal | $ 4,000.00 |
| 47.2 2016 Beg Tex 14LX-14, 14' Dump Trailer (VIN 29G4064642) | $_____ | Appraisal | $ 7,000.00 |
| 47.3 2017 Cargomate 30' 5th Wheel Van Trailer (VIN 38HB459881 | $_____ | Appraisal | $ 7,000.00 |
| 47.4 See continuation sheet | $ 9,322.50 | | $ 20,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | | $_____ |
| 49.2 _____ | $_____ | | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 0.00 | | $ 1,575,075.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 1,613,075.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  395 East 1st Avenue, Junction City, OR 97448 (Manufacturing Facility, Warehouse, Shop & Vacant Land) | Fee title | $_____ | Letter opinion | $ 9,435,090.00 |
| 55.2  120 West 1st Avenue, Junction City, OR 97448 (Manufacturing Facility & Shop) | Fee title | $ 0.00 | Letter opinion | 1,576,725.00 |
| 55.3 | | $_____ | | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 11,011,815.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Registered Trademark ("Cosmos Creations") | $_____ | | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>Goodwill etc. | $_____ | | Unknown<br>$_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ☑ No

  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☑ No

  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No. Go to Part 12.

  ☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➡ $_____
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Warehouse Property & Equipment _____   $ 0.00

See continuation sheet _____   $ 0.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    | $ 0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,800.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,218,143.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,164,183.62 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 33,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,613,075.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................➔ | | $ 11,011,815.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 4,031,202.48 | + 91b. $ 11,011,815.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................ 15,043,017.48    $ 15,043,017.48

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| Summit Bank – Business Checking (closed) | Checking | 3303 |

Balance: 0.00

| | | |
|---|---|---|
| Columbia Bank – Merchant Account (to be closed) | Checking | 1135 |

Balance: 0.00

| | | |
|---|---|---|
| Columbia Bank – Business Checking (to be closed) | Checking | 0913 |

Balance: 0.00

| | | |
|---|---|---|
| US Bank – Business Checking (to be closed) | Checking | 8527 |

Balance: 0.00

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 2006 International TK430 Bobtail 24' Van Truck w/ Lift Gate (VIN 36H347260) | | Appraisal | 10,000.00 |
| 2006 International TK430 Bobtail 24' Van Truck w/ Lift Gate (VIN 76H312107) | 9,322.50 | Appraisal | 10,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Bake Line Equipment (Itemized List Attached) | Appraisal | 500,025.00 |
| Mix/Blend Equipment (Itemized List Attached) | Appraisal | 455,650.00 |
| Equipment (Not in Service) (Itemized List Attached) | Appraisal | 154,750.00 |
| Equipment (Outside) (Itemized List Attached) | Appraisal | 2,650.00 |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| **Kitchen Equipment (Itemized List Attached)** | | Appraisal | 5,200.00 |
| **Equipment (Inside Warehouse) (Itemized List Attached)** | | Appraisal | 154,200.00 |
| **Packaging Equipment (Itemized List Attached)** | 0.00 | Appraisal | 302,600.00 |

**77) Other property of any kind not already listed**

| | |
|---|---|
| **Store Fixtures** | 0.00 |
| **Marketing Assets** | 0.00 |

# Schedule B – List of Equipment

| Property | Serial Number | Location | Group | Value |
|---|---|---|---|---|
| 200 Gal. S.S. Jacketed Kettles Dbl. Sweep Agitation (2013) | 81631-1-2 | 160 E. First Ave. | Mix/Blend Eqp. | $25,000 |
| 200 Gal. S.S. Jacketed Kettles Dbl. Sweep Agitation (2012) | 81631-1-1 | 160 E. First Ave. | Mix/Blend Eqp. | $25,000 |
| 200 Gal. S.S. Jacketed Kettles Dbl. Sweep Agitation (2012) | 74560-1 | 160 E. First Ave. | Mix/Blend Eqp. | $25,000 |
| Groen Mod. 200 Gal. S.S. Jacketed Kettle Dbl. Sweep Agitation (1982) | 112871 | 160 E. First Ave. | Mix/Blend Eqp. | $10,000 |
| Syrup Metering Pump | | 160 E. First Ave. | Mix/Blend Eqp. | $2,000 |
| (2) S.S. Positive Displacement Pumps | | 160 E. First Ave. | Mix/Blend Eqp. | $3,000 ($1,500/ea.) |
| Butter Press | | 160 E. First Ave. | Mix/Blend Eqp. | $500 |
| (2) S.S. Sinks | | 160 E. First Ave. | Mix/Blend Eqp. | $250 ($125/ea.) |
| Auto 4-Kettle Jacket Temp. Control Sys. w/ (2) Temp. Feed Control Units | | 160 E. First Ave. | Mix/Blend Eqp. | $5,000 |
| Parker Mod. Boiler w/ Still (2012) | 60851 | 160 E. First Ave. | Mix/Blend Eqp. | $20,000 |
| Custom Care Water Filter | | | Mix/Blend Eqp. | $200 |
| Rogers Mod. Rotary Screw Air Compressor | 1606520877 | 160 E. First Ave. (Outside) | Mix/Blend Eqp. | $8,000 |
| 5 H.P. Vert. Tank Mounted Air Compressor | | 160 E. First Ave. (Outside) | Mix/Blend Eqp. | $200 |
| Quincy Mod. 10 H.P. Tank Mounted Air Compressor | 5021545 | 160 E. First Ave. (Outside) | Mix/Blend Eqp. | $800 |
| Zcks Dryer | | 160 E. First Ave. (Outside) | Mix/Blend Eqp. | $400 |
| Air Receiver | | 160 E. First Ave. (Outside) | Mix/Blend Eqp. | $200 |
| Screw S.S. Port. Auger Blender (2'x5'x2') | | 160 E. First Ave. (Line #1) | Mix/Blend Eqp. | $10,000 |
| (2) Port. 10' Auger Screw Ingredient Feeders | | 160 E. First Ave. (Line #1) | Mix/Blend Eqp. | $4,000 ($2,000/ea.) |
| Maddox Mod. MX550 Dough Extruder w/ Hopper & Feeder | 21279-07/14 | 160 E. First Ave. (Line #1) | Mix/Blend Eqp. | $40,000 |
| Inclined Port. Belt Feeder Conveyor (12"x15") | | 160 E. First Ave. (Line #1) | Mix/Blend Eqp. | $2,500 |
| Groen Jacketed Thru Auger | 40260-3 | 160 E. First Ave. | Mix/Blend Eqp. | $15,000 |

# Schedule B – List of Equipment

| | | | | |
|---|---|---|---|---|
| Screw Coater (1988) | | (Line #1) | | |
| Custom 8-Tier Drying Oven | | 160 E. First Ave. (Line #1) | Mix/Blend Eqp. | $10,000 |
| Anex Mod. Z-Type Bucket Elevator | SW351 | 160 E. First Ave. (Line #1) | Mix/Blend Eqp. | $12,000 |
| Plastic Belt Conveyor Drying Line (3'x30') | | 160 E. First Ave. (Line #1) | Mix/Blend Eqp. | $10,000 |
| Creators Flo-Thru Baked Puffer (2016) | 1609520 | 160 E. First Ave. (Line #2) | Mix/Blend Eqp. | $80,000 |
| Anex Mod. Z-Type Bucket Elevator w/ Feeder | 5W2020 | 160 E. First Ave. (Line #2) | Mix/Blend Eqp. | $18,000 |
| Tumbler (6'Dia.) | | 160 E. First Ave. (Line #2) | Mix/Blend Eqp. | $2,000 |
| (2) Port. Plastic Belt Conveyors (12"x15') | | 160 E. First Ave. (Line #2) | Mix/Blend Eqp. | $4,000 ($2,000/ea.) |
| Maddox Mod. Baked Dough Extruder (2013) | 20187-10/13 | 160 E. First Ave. (Line #2) | Mix/Blend Eqp. | $40,000 |
| Groen Mod. Jacked Auger Screw Coater (2013) | 81631-1 | 160 E. First Ave. (Line #2) | Mix/Blend Eqp. | $30,000 |
| Custom 7-Teir Drying Oven w/ Offeed Conveyor | | 160 E. First Ave. (Line #2) | Mix/Blend Eqp. | $10,000 |
| Axex. Mod. Z-Type Bucket Elevator (2013) | 1674 | 160 E. First Ave. (Line #2) | Mix/Blend Eqp. | $18,000 |
| Plastic Belt Drying Conveyor (3'x30') | | 160 E. First Ave. (Line #2) | Mix/Blend Eqp. | $4,000 |
| (2) Accurate Feeders | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $3,000 ($1,500/ea.) |
| Kleen Solutions Washer | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $1,000 |
| S.S. Sink | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $250 |
| Reznor Air Make Up Unit | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $2,000 |
| (3) Feeders | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $600 ($200/ea.) |
| Key Iso Flo 12' Vibratory Feeder | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $8,000 |
| Plastic Feed Conveyor (12"x20') | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $1,500 |
| Cross Feed Belt Conveyor (12"x40') | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $1,000 |
| (2) Elec. Pallet Lifts | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $3,000 ($1,500/ea.) |
| (2) Hyd. Pallet Jacks | | 160 E. First Ave. (Misc.) | Mix/Blend Eqp. | $250 ($125/ea.) |
| **TOTAL** | | | **Mix/Blend Eqp.** | **$455,650** |

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

# Schedule B – List of Equipment

| | | | | |
|---|---|---|---|---|
| Combi Primo Weigher 14-Station Weigh Scale Feeder w/ Hopper (2010) | 3015 | 160 E. First Ave. | Packaging | $15,000 |
| Combi Primo Weigher 14-Station Weigh Scale Feeder w/ Hopper (2010) | 3475 | 160 E. First Ave. | Packaging | $15,000 |
| Ishida Weigh Scale Feeder | | 160 E. First Ave. | Packaging | $15,000 |
| Yamato Mod. 14-Station Weigh Scale Feeder | WG060413 | 160 E. First Ave. | Packaging | $40,000 |
| Weigh Pack Mod. Form-Fill-Seal Baggers w/ Offeed Conveyors (2013) | 3503 | 160 E. First Ave. | Packaging | $30,000 |
| Weigh Pack Mod. Form-Fill-Seal Baggers w/ Offeed Conveyors (2013) | 3464 | 160 E. First Ave. | Packaging | $30,000 |
| Viking Masek Velocity Rotary Form-Fill-Seal Baggers w/ Tubes (2014) | SB05860 | 160 E. First Ave. | Packaging | $70,000 |
| Matrix Pro Mod. Form-Fill-Seal Bagger w/ Tubes & Conveyor (2013) | SB05860 | 160 E. First Ave. | Packaging | $35,000 |
| Little David Case Taper | | 160 E. First Ave. | Packaging | $1,200 |
| Bel 150 Case Taper | | 160 E. First Ave. | Packaging | $2,000 |
| Biz. Hub 601, Doc. Center | | 160 E. First Ave. | Packaging | $1,000 |
| (2) Ped. Type Ped. Digital Scales | | 160 E. First Ave. | Packaging | $2,000 ($1,000/ea.) |
| (5) Bench Type Digital Scales | | 160 E. First Ave. | Packaging | $1,000 ($500/ea.) |
| Lantech G Series Auto. Pallet Wrapper (2014) | G0000447 | 160 E. First Ave. | Packaging | $7,000 |
| Hyster Mod. 25000 lb. Elec. Forklift | J160N01762B | 160 E. First Ave. | Packaging | $8,000 |
| Elec. Scissor Lift | | 160 E. First Ave. | Packaging | $3,500 |
| Tile Trash Hoppers (4) | | 160 E. First Ave. | Packaging | $1,000 ($250/ea.) |
| Crown 3000 lb. Elec. Forklift | | 160 E. First Ave. | Packaging | $4,000 |
| (2) Crown Yale Elec. Pallet Lifts | | 160 E. First Ave. | Packaging | $3,000 ($1,500/ea.) |
| (2) Advanced Convermatic Floor Scrubbers | | 160 E. First Ave. | Packaging | $5,000 ($2,500/ea.) |
| Toyota Elec. Pallet Lift | | 160 E. First Ave. | Packaging | $1,200 |
| Miller Syncrowave 250 Amp. Heli-Arc Wleder | | 160 E. First Ave. | Packaging | $2,000 |
| Miller 210 Wire Welder | | 160 E. First Ave. | Packaging | $1,500 |
| (2) Prentice Vert. Hyd. Bailers | | 160 E. First Ave. | Packaging | $2,000 ($1,000/ea.) |

# Schedule B – List of Equipment

| | | | |
|---|---|---|---|
| Misc. Maintenance Shop Equip. | 160 E. First Ave. | Packaging | $5,000 |
| (4) Steel Mezzanines | 160 E. First Ave. | Packaging | $2,000 ($500/ea.) |
| 5 H.P. Tank Mounted Air Compressor | 160 E. First Ave. | Packaging | $200 |
| **TOTAL** | | **Packaging** | **$302,600** |
| | | | |
| | | | |
| Kleen Solutions Dish Washer | 160 E. First Ave. | Kitchen | $1,000 |
| S.S. Sink | 160 E. First Ave. | Kitchen | $200 |
| COP Clean Tank | 160 E. First Ave. | Kitchen | $2,000 |
| Misc. Shop & Equip. | 160 E. First Ave. | Kitchen | $2,000 |
| **TOTAL** | | **Kitchen** | **$5,200** |
| | | | |
| | | | |
| Port. Auger Screw S.S. Blender w/ Platform (2'x3') | | 395 E. First Ave. | Bake Line Eqp. | $3,500 |
| Port. 10' Auger Screw Feeder w/ Hopper | | 395 E. First Ave. | Bake Line Eqp | $2,000 |
| Maddox Mod. Baked Puffer Extruder w/ Hopper (2015) | 22032-05/15 | 395 E. First Ave. | Bake Line Eqp | $60,000 |
| Inclined Plastic Belt Conveyor (3'x24') | | 395 E. First Ave. | Bake Line Eqp | $3,500 |
| Friez Vibratory Hopper | | 395 E. First Ave. | Bake Line Eqp | $1,500 |
| PPM Spray Coater w/ Oil Spray Rotary Pump & Feeder (2014) | | 395 E. First Ave. | Bake Line Eqp | $40,000 |
| Chain Conveyor (3'x14') | | 395 E. First Ave. | Bake Line Eqp | $2,000 |
| Custom Port. Drying Line (3'x20') | | 395 E. First Ave. | Bake Line Eqp | $3,000 |
| (2) Port. Plastic Offeed Conveyors (2'x20') | | 395 E. First Ave. | Bake Line Eqp | $6,000 ($3,000/ea.) |
| Flux Port. Drum Pump | | 395 E. First Ave. | Bake Line Eqp | $5,000 |
| 300 Gal. S.S. Jacketed Mixing Tank w/ S.S. Pump | | 395 E. First Ave. | Bake Line Eqp | $12,000 |
| 50 Gal. S.S. Jacketed Tank w/ S.S. Pump | | 395 E. First Ave. | Bake Line Eqp | $2,500 |
| Vibratory Feeder (4'x4') | | 395 E. First Ave. | Bake Line Eqp | $2,500 |
| Spray Coater Drum (8') | | 395 E. First Ave. | Bake Line Eqp | $7,000 |
| (3) Spray Coater Drums (not in service) | | 395 E. First Ave. | Bake Line Eqp | $7,500 ($2,500/ea.) |
| Plastic Belt Conveyor (12"x8") | | 395 E. First Ave. | Bake Line Eqp | $1,500 |
| (2) Accu Rate Ingredient Feeders | | 395 E. First Ave. | Bake Line Eqp | $3,000 ($1,500/ea.) |

# Schedule B – List of Equipment

| | | | |
|---|---|---|---|
| Accu. Rate Feed 8' Screw Conveyor | | | $2,500 |
| (2) Meyer Vibratory Feeders | 395 E. First Ave. | Bake Line Eqp | $1,000 ($500/ea.) |
| Vibratory Feeder w/ Stand (6"x5') | 395 E. First Ave. | Bake Line Eqp | $500 |
| Port. 3'x20" Port. Feed Conveyor | 395 E. First Ave. | Bake Line Eqp | $3,000 |
| (2) Stud-Veyors | 395 E. First Ave. | Bake Line Eqp | $4,000 ($2,000/ea.) |
| Weight Scall Pallet Jack | 395 E. First Ave. | Bake Line Eqp | $500 |
| (3) Single-Station Packagers | 395 E. First Ave. | Bake Line Eqp | $9,000 ($3,000/ea.) |
| (5) Hyd. Pallet Jacks | 395 E. First Ave. | Bake Line Eqp | $625 ($125/ea.) |
| (5) Pack Vac Leak Detectors | 395 E. First Ave. | Bake Line Eqp | $2,500 ($500/ea.) |
| Scissor Lift | 395 E. First Ave. | Bake Line Eqp | $1,500 |
| (2) Feed Conveyors w/ Feeders (3'x8') | 395 E. First Ave. | Bake Line Eqp | $10,000 ($5,000/ea.) |
| Yamato Mod. 14-Station Weigh Scale Feeder | WG090040 | 395 E. First Ave. | Bake Line Eqp | $45,000 |
| Yamato Mod. 20-Station Weigh Scale Feeder (2006) | ZOYEAD90045 | 395 E. First Ave. | Bake Line Eqp | $25,000 |
| Matrix Mod. Form-Fill-Seal Bagger (2011) | SB10401 | 395 E. First Ave. | Bake Line Eqp | $35,000 |
| Matrix Orion Dual Head Form-Fill-Seal Bagger w/ MD & (2) Conveyors | SB09310 | 395 E. First Ave. | Bake Line Eqp | $45,000 |
| (4) Flex Roller Conveyers | | 395 E. First Ave. | Bake Line Eqp | $4,000 ($1,000/ea.) |
| Mezzanine | | 395 E. First Ave. | Bake Line Eqp | $2,000 |
| S.S. Piping & Fittings | | 395 E. First Ave. | Bake Line Eqp | $2,000 |
| Lazy Susan (8') | | 395 E. First Ave. | Bake Line Eqp | $2,500 |
| (3) Case Tapers | | 395 E. First Ave. | Bake Line Eqp | $4,500 ($1,500/ea.) |
| (2) Foamers | | 395 E. First Ave. | Bake Line Eqp | $2,000 ($1,000/ea.) |
| Case Taper | | 395 E. First Ave. | Bake Line Eqp | $1,500 |
| (2) Meyer 20" Z-Type Bucket Elevators | | 395 E. First Ave. | Bake Line Eqp | $18,000 ($9,000) |
| (2) On-Demand Heaters | | 395 E. First Ave. | Bake Line Eqp | $2,000 ($1,000/ea.) |
| Weber Labeler | | 395 E. First Ave. | Bake Line Eqp | $1,000 |
| Loveshaw Labeler /w Conveyor | | 395 E. First Ave. | Bake Line Eqp | $2,000 |

# Schedule B – List of Equipment

| Item | Serial/Model | Location | Category | Value |
|---|---|---|---|---|
| Port. Offeed Conveyor (12"x20") | | 395 E. First Ave. | Bake Line Eqp | $150 |
| Hyster Mod. 3000Lb. Elec. Forklift | H160N02021X | 395 E. First Ave. | Bake Line Eqp | $5,000 |
| Lantech Mod. Pallet Wrapper w/ Extra Height & Auto Wrap | | 395 E. First Ave. | Bake Line Eqp | $8,000 |
| Combi Box Former | | 395 E. First Ave. | Bake Line Eqp | $4,000 |
| (284) Sect. Steel Pallet Racking | | 395 E. First Ave. | Bake Line Eqp | $42,600 ($150/ea.) |
| COP Tank | | 395 E. First Ave. | Bake Line Eqp | $2,500 |
| Dish Washer & Sink | | 395 E. First Ave. | Bake Line Eqp | $1,250 |
| Cretors Flo Thru Baked Puffed Lab Extruder | 3125466 | 395 E. First Ave. | Bake Line Eqp | $12,000 |
| (2) 50 Gal. S.S. Jacked Mixing Tanks | | 395 E. First Ave. | Bake Line Eqp | $5,000 ($2,500/ea.) |
| Refrigerator | | 395 E. First Ave. | Bake Line Eqp | $250 |
| (2) Corn Treat Cooker Mixers | | 395 E. First Ave. | Bake Line Eqp | $3,000 ($1,500/ea.) |
| Lang 2-Door Convection Oven | | 395 E. First Ave. | Bake Line Eqp | $700 |
| Oxygen Analyzer | | 395 E. First Ave. | Bake Line Eqp | $1,000 |
| Moisture Analyzer | | 395 E. First Ave. | Bake Line Eqp | $500 |
| Misc. Lab Equipment | | 395 E. First Ave. | Bake Line Eqp | $1,000 |
| Cheese Corn Tumbler | | | | $500 |
| Cont. Band Sealer | | 395 E. First Ave. | Bake Line Eqp | $200 |
| (2) Auto Counter Conveyors | | 395 E. First Ave. | Bake Line Eqp | $2,000 ($1,000/ea.) |
| (5) Digital Bench Sealers | | 395 E. First Ave. | Bake Line Eqp | $1,250 ($250/ea.) |
| Cleaver Brooks Mod. Boiler w/ Still | BT8323 | 395 E. First Ave. | Bake Line Eqp | $8,000 |
| Cleaver Brooks Mod. Boiler w/ Still | BT8324 | 395 E. First Ave. | Bake Line Eqp | $8,000 |
| Parker 10 H.P. Boiler | 19228 | | | $2,000 |
| Haz-Mat Cabinets | | 395 E. First Ave. | Bake Line Eqp | $2,500 |
| **TOTAL** | | | **Bake Line Eqp** | **$500,025** |
| | | | | |
| Blogett Convection Oven | | 395 E. First Ave. | Eqp. (Not in Service) | $250 |
| (2) Pan Coaters | | 395 E. First Ave. | Eqp. (Not in Service) | $4,000 ($2,000/ea.) |
| (2) Lightin' Mixers | | 395 E. First Ave. | Eqp. (Not in Service) | $1,000 ($500/ea.) |
| (3) Accurite Feeders | | 395 E. First Ave. | Eqp. (Not in | $1,500 |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

# Schedule B – List of Equipment

| | | | |
|---|---|---|---|
| | | Service) | ($500/ea.) |
| (2) New Positive Displacement Pumps | 395 E. First Ave. | Eqp. (Not in Service) | $7,000 ($3,500/ea.) |
| 1000 Gal. S.S. Tank | 395 E. First Ave. | Eqp. (Not in Service) | $1,500 |
| New & Used S.S. Valves | 395 E. First Ave. | Eqp. (Not in Service) | $5,000 |
| Lazy Susan (5') | 395 E. First Ave. | Eqp. (Not in Service) | $1,000 |
| (2) New 5000 lb. Traveling Chair Hoists | 395 E. First Ave. | Eqp. (Not in Service) | $6,000 ($3,000/ea.) |
| Case Taper | 395 E. First Ave. | Eqp. (Not in Service) | $500 |
| (2) Used 5000 lb. Traveling Chain Hoists | 395 E. First Ave. | Eqp. (Not in Service) | $2,000 ($1,000/ea.) |
| Inclined Bucket Elevator (8') | 395 E. First Ave. | Eqp. (Not in Service) | $2,000 |
| Metering Siurry Pumping System | 395 E. First Ave. | Eqp. (Not in Service) | $15,000 |
| Liebert Air Conditioner | 395 E. First Ave. | Eqp. (Not in Service) | $2,500 |
| S.S. Kettle Dumper | 395 E. First Ave. | Eqp. (Not in Service) | $1,500 |
| Cretos Mod. Baked Puffer (2017) (New, Wrapped) | 395 E. First Ave. | Eqp. (Not in Service) | $90,000 |
| (3) S.S. Pharma Port. Hoppers | 395 E. First Ave. | Eqp. (Not in Service) | $4,500 ($1,500/ea.) |
| S.S. Auger w/ Bin | 395 E. First Ave. | Eqp. (Not in Service) | $2,500 |
| 5 Gal. Kettle | 395 E. First Ave. | Eqp. (Not in Service) | $500 |
| (5) Dunk Tanks for Bag Leaks | 395 E. First Ave. | Eqp. (Not in Service) | $5,000 ($1,000/ea.) |
| Vacuum Lift System | 395 E. First Ave. | Eqp. (Not in Service) | $1,500 |
| **TOTAL** | | **Eqp. (Not in Service)** | **$154,750** |
| | | | |
| Compare Cod. 15 H.P. Rotary Screw Air Compressor | 395 E. First Ave. | Eqp. (Outside) | $2,500 |
| 5 H.P. Tank Mounted Air Compressor | 395 E. First Ave. | Eqp. (Outside) | $150 |
| **TOTAL** | | **Eqp. (Outside)** | **$2,650** |

# Schedule B – List of Equipment

| Equipment | Serial | Location | Type | Value |
|---|---|---|---|---|
| Wangen Heated Extrusion Pump | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $35,000 |
| (2) Genie Mod. Scissor Lifts | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $8,000 ($4,000/ea.) |
| Yale 4000 lb. Elec. Forklift | G807N08500N | 395 E. First Ave. | Eqp. (Inside Warehouse) | $5,000 |
| Yale 4000 lb. Elec. Forklift | E807N05303A | 395 E. First Ave. | Eqp. (Inside Warehouse) | $5,000 |
| Yale 4000 lb. Elec. Forklift | G807N01809N | 395 E. First Ave. | Eqp. (Inside Warehouse) | $8,000 |
| Yale Hyd. Turner Attachment | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $1,000 |
| Elec. Cart | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $200 |
| Golf Cart | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $500 |
| Jughennier Elec. Forklift | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $3,000 |
| Spray Coater (3'x8') | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $5,000 |
| (5) Flour Hoppers w/ Air Valves | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $2,500 ($500/ea.) |
| Marsh 5000 Labeler | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $1,000 |
| (3) Conveyors | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $1,500 ($500/ea.) |
| (50 Track Mounted Turn Tables | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $2,500 ($500/ea.) |
| Maintenance Shop | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $4,000 |
| Cold Saw | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $1,500 |
| Powermax Plasma Welder | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $700 |
| (3) Lincoln Welders | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $3,000 ($1,000/ea.) |
| Hand Brake (6') | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $500 |
| Ridgid 300 Pipe Threader | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $500 |
| Ridgid 1822 Pipe Threader | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $1,800 |
| Misc. Equipment in Racking | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $15,000 |
| (5) Spring Coil Lifts | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $1,500 ($300/ea.) |

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

# Schedule B – List of Equipment

| | | | | |
|---|---|---|---|---|
| (2) Elec. Pallet Lifts | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $800 ($400/ea.) |
| Power Boss Commander Dry Sweep & Scrubber | 17496038 | 395 E. First Ave. | Eqp. (Inside Warehouse) | $25,000 |
| Lantech Mod. G. Auto Stretch Wrapper (2014) | G0000275 | 395 E. First Ave. | Eqp. (Inside Warehouse) | $7,000 |
| Penn Mod. Digital Platform Scale | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $1,200 |
| Cat Mod. Riding Elec. Pallet Jack | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $3,500 |
| Crown Stand Up Elec. Order Picker | | 395 E. First Ave. | Eqp. (Inside Warehouse) | $10,000 |
| **TOTAL** | | | **Eqp. (Inside Warehouse)** | **$154,200** |

## SUMMARY:

| | |
|---|---|
| **Mix/Blend Eqp.** | **$455,650** |
| **Packaging** | **$302,600** |
| **Kitchen** | **$5,200** |
| **Bake Line Eqp** | **$500,025** |
| **Eqp. (Not in Service)** | **$154,750** |
| **Eqp. (Outside)** | **$2,650** |
| **Eqp. (Inside Warehouse)** | **$154,200** |
| **TOTAL** | **$1,575,075** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | 4 Him Food Group, LLC |
| United States Bankruptcy Court for the: | District of Oregon |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| 2Loris, LLC | Blanket Lien: All Goods related to Real Property, Inventory, Accounts, Chattel Paper, General Intangibles | $ 2,387,265.00 | $ 4,000,000.00 |

**Creditor's mailing address**
Randy McPherson
1247 Crenshaw Rd, Eugene, OR 97401

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   1/16/2018
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| American Pop Corn | Equipment: Cretors Flo-Thru 650 Puffer-Gas-Air-Popper and related Sifter | $140,354.00 | $90,000.00 |

**Creditor's mailing address**
One Fun Place
PO Box 178, Sioux City, IA 51102

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   9/26/2017
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 11,426,290.91

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Celtic Capital Corp.

**Creditor's mailing address**

23622 Calabasas Rd.
Suite 323, Calabasas, CA 91302

**Creditor's email address, if known**

**Date debt was incurred** 8/29/2018
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Assets

$1,095,300.00　　$4,000,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Columbia State Bank

**Creditor's mailing address**

1301 A St.
Suite 800, Tacoma, WA 98402

**Creditor's email address, if known**

**Date debt was incurred** 10/31/2017
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

395 East 1st Avenue, Junction City, OR 97448 (Manufacturing Facility, Warehouse, Shop & Vacant Land)

$3,661,445.40　　$9,435,090.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Columbia State Bank

_____

**Creditor's mailing address**

1301 A St.
Suite 800, Tacoma, WA 98402

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 10/31/2017
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

120 West 1st Avenue, Junction City, OR 97448 (Manufacturing Facility & Shop)

$ 771,091.70     $ 1,576,725.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
Columbia State Bank

_____

**Creditor's mailing address**

1301 A St.
Suite 800, Tacoma, WA 98402

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 10/3/2014
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All equipment and general intangibles; current and after acquired

$ 1,030,387.00     $ 4,000,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7 Creditor's name**
De Lage Landen Financial Services, Inc.

**Creditor's mailing address**

1111 Old Eagle School Rd.
Wayne, PA 19087

**Creditor's email address, if known**

**Date debt was incurred** 4/16/2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Equipment Leased or Financed per Lease No. 100-10172916

$0.00     $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8 Creditor's name**
Dominguez Family Enterprises, Inc.

**Creditor's mailing address**

2885 Van Horn Dr.
Hood River, OR 97031

**Creditor's email address, if known**

**Date debt was incurred** 4/30/2019
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Account Receivables, Inventory

$2,000,000.00     $2,384,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | 4 Him Food Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** **Creditor's name**
Lane County - Business Tax Warrant

**Creditor's mailing address**

125 E. Eighth Ave.
Eugene, OR 97401

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

Business Personal Property

$845.96          $4,000,000.00

**Date debt was incurred**    8/10/2017
**Last 4 digits of account number**    6530

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.10** **Creditor's name**
LANE COUNTY TAX ASSESSOR

**Creditor's mailing address**

125 EAST 8TH AVENUE
EUGENE, OR 97401

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

Real  & Personal Property

$79,601.85          $14,000,000.00

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | 4 Him Food Group, LLC | Case number (if known) | |
|--------|------------------------|------------------------|--|
|        | Name                   |                        |  |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.11

**Creditor's name**
OnDeck Capital

**Describe debtor's property that is subject to a lien**

All Assets

$260,000.00          $4,000,000.00

**Creditor's mailing address**

1400 Broadway
25th  Floor, New York, NY 10018

**Creditor's email address, if known**


**Date debt was incurred**   6/6/2019
**Last 4 digits of account number**

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

### 2.12

**Creditor's name**
Wells Fargo Bank, N.A.

**Describe debtor's property that is subject to a lien**

2010 Yale ERP030 Forklift (Used)

$ 0.00          $ 8,000.00

**Creditor's mailing address**

300 Tri-State International
STE 400, Lincolnshire, IL 60069

**Creditor's email address, if known**


**Date debt was incurred**   8/24/3014
**Last 4 digits of account number**

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** Creditor's name
Worldwide Capital Management, Inc.

**Creditor's mailing address**

30 Wall Street
8th Floor, New York, NY 10005

**Creditor's email address, if known**

**Date debt was incurred** 3/4/2019
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Present and Future Receivables, Accounts, Chattel Paper, Deposit Accounts, Personal Property, Assets and Fixtures, General Intangibles, Instruments, Equipment, Inventory

$0.00          $4,000,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____          $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| 2Loris, LLC<br>450 Country Club Road, Suite 310<br>Eugene, OR, 97401 | Line 2. _1_ | _____ |
| 2Loris, LLC<br>79 Centennial Loop<br>Eugene, OR, 97401 | Line 2. _1_ | _____ |
| Celtic Capital Corp.<br>Hemar, Rousso & Heald, LLP,  Attn: J. Alexandra Rhim<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA, 91436 | Line 2. _3_ | _____ |
| Columbia State Bank<br>500 E Broadway Suite 300<br>Vancouver, WA, 98660 | Line 2. _5_ | _____ |
| Columbia State Bank<br>Farleigh Wada Witt, Attn: Kimberley McGair and Margot Seitz Esq.<br>121 SW Morrison Street, Suite 600<br>Portland, OR, 97204 | Line 2. _5_ | _____ |
| Dominguez Family Enterprises, Inc.<br>Motschenbacher & Blattner LLP, Attn: Nicholas J. Henderson<br>117 SW Taylor, #300<br>Portland, OR, 97204 | Line 2. _8_ | _____ |
| OnDeck Capital<br>On Deck Capital Client Services Center<br>4201 Wilson Blvd, Ste 110-209<br>Arlington, VA, 22203 | Line 2. _11_ | _____ |
| Worldwide Capital Management, Inc.<br>6 Venture<br>Suite 305<br>Irvine, CA, 92618 | Line 2. _13_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Adair, Marcela G
131 SW Kalmia St

Junction City, OR, 97448

As of the petition filing date, the claim is:   $ Unknown     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2**   Priority creditor's name and mailing address
Arnold, Jason
1897 Balboa Street

Eugene, OR, 97408

As of the petition filing date, the claim is:   $ Unknown     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.3**   Priority creditor's name and mailing address
Barber, Stephen
684 Oakdale Avenue

Springfield, OR, 97477

As of the petition filing date, the claim is:   $ Unknown     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.⁴  Priority creditor's name and mailing address**

Bedolla, Mary B
1304 Chambers  Apt 3

Eugene, OR, 97402

$ Unknown                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁵  Priority creditor's name and mailing address**

Bivens II, Kelly R
411 Alder Street

Junction City, OR, 97448

$ Unknown                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁶  Priority creditor's name and mailing address**

Blasengame, Dominic J
92599 Prairie Road

Junction City, OR, 97448

$ Unknown                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁷  Priority creditor's name and mailing address**

Buck, Kenyon E
1340 C Street

Springfield, OR, 97477

$ Unknown                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 19-62549-tmr11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**   **Priority amount**

---

**2.8  Priority creditor's name and mailing address**

Buntin, Sean L
4866 Camellia Street

Springfield, OR, 97478

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9  Priority creditor's name and mailing address**

Cain, Benjamin
1063 S. 34th Place

Springfield, OR, 97478

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10  Priority creditor's name and mailing address**

California Franchise Tax Board
PO Box 1468

Sacramento, CA, 65812

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.11  Priority creditor's name and mailing address**

Campbell, Marianne
820 Williams Street

Eugene, OR, 97402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Case 19-62584-tmr11   Doc 1   Filed 07/02/19

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12 Priority creditor's name and mailing address**

Chambers, Aaron R
1050 Nyssa Street

Junction City, OR, 97448

$ Unknown       $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13 Priority creditor's name and mailing address**

Conklin Jr, William
3255 Gateway Street  #8

Springfield, OR, 97477

$ Unknown       $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.14 Priority creditor's name and mailing address**

Davis, Seth M
245 Crona Street

Junction City, OR, 97448

$ Unknown       $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.15 Priority creditor's name and mailing address**

De Castro, Jheorgie
28611 Cox Butte Road

Junction City, OR, 97448

$ Unknown       $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**   **Priority amount**

---

**2.16**  **Priority creditor's name and mailing address**
Drago, Caitlyn
643 Kalmia Street

Junction City, OR, 97448

$ Unknown       $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17**  **Priority creditor's name and mailing address**
Dunigan, John D
475 Lindale Apt 28

Springfield, OR, 97477

$ Unknown       $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.18**  **Priority creditor's name and mailing address**
Dunn, Robert K
740 65th Street

Springfield, OR, 97478

$ Unknown       $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19**  **Priority creditor's name and mailing address**
Fultz, David L
92599 Prairie Road

Junction City, OR, 97448

$ Unknown       $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 5 of 52

## Part 1.  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.20** **Priority creditor's name and mailing address**

Garcia, Anthony
1326 Oak Patch Road  #45

Eugene, OR, 97402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.21** **Priority creditor's name and mailing address**

Gibson, Amelia
2681 Janelle Way

Eugene, OR, 97404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22** **Priority creditor's name and mailing address**

Gonzales, Robert
788 Elm Street

Junction City, OR, 97448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.23** **Priority creditor's name and mailing address**

Harris, Kirby M
440 E 2nd Avenue

Junction City, OR, 97448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**                    **Priority amount**

---

**2.24 Priority creditor's name and mailing address**

Hayes, Steven R
2844 Martinique Ave

Eugene, OR, 97408

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown            $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.25 Priority creditor's name and mailing address**

Henderson, Scott M
17056 Cougar

La Pine, OR, 97739

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown            $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.26 Priority creditor's name and mailing address**

Hogan, Matthew O
2620 Ross Lane

Eugene, OR, 97404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown            $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.27 Priority creditor's name and mailing address**

IRS
PO Box 7346
Philadelphia, PA, 19101-7346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00            $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )**
☑ No
☐ Yes

---

Case 19-62649-tmr11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.28  Priority creditor's name and mailing address**

Judd, Jeffrey Tab
1425 South Lindsay Road  #32

Mesa, AZ, 85204

$ Unknown          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.29  Priority creditor's name and mailing address**

Kerns, David D
27451 Bud Vaughn Rd

Junction City, OR, 97448

$ Unknown          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.30  Priority creditor's name and mailing address**

Kerns, Michelle L
27451 Bud Vaughn Rd

Junction City, OR, 97448

$ Unknown          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.31  Priority creditor's name and mailing address**

Korte, Bryian A
1825 G Street

Springfield, OR, 97477

$ Unknown          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.32  Priority creditor's name and mailing address**

Krueger, Jett
3376 Chevy Chase Street

Eugene, OR, 97401

Total claim: $ Unknown     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.33  Priority creditor's name and mailing address**

Kuhn, James M
93520 Highway 99 #6

Junction City, OR, 97448

Total claim: $ Unknown     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.34  Priority creditor's name and mailing address**

LaFontaine, Hanna
Darlene Lane Apt 144

Eugene, OR, 97401

Total claim: $ Unknown     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.35  Priority creditor's name and mailing address**

Malecha, Bryan C
4415 Avalon Street

Eugene, OR, 97402

Total claim: $ Unknown     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.36 Priority creditor's name and mailing address**
McBride, Ricky Lee
2380 Roosevelt Blvd.  #5

Eugene, OR, 97402

$ Unknown          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.37 Priority creditor's name and mailing address**
McKinney, Jr, Terry
2005 Marcola Road

Springfield, OR, 97477

$ Unknown          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.38 Priority creditor's name and mailing address**
Merrill, Jennifer L
576 Taney Street

Eugene, OR, 97402

$ Unknown          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.39 Priority creditor's name and mailing address**
Mogstad, Dean W
6617 Main St

Springfield, OR, 97478

$ Unknown          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 10 of 52

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.⁴⁰  Priority creditor's name and mailing address**

Mogstad, Kristen
6615 Main Street

Springfield, OR, 97478

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁴¹  Priority creditor's name and mailing address**

Moody, Jahi J
310 Mill Street Apt 23

Springfield, OR, 97477

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁴²  Priority creditor's name and mailing address**

Moosbrugger, Kacie M
1747 Elkay Drive

Eugene, OR, 97404

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁴³  Priority creditor's name and mailing address**

Nelson, Casey A
1725 N. 5th Street

Springfield, OR, 97477

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 19-62584-tmr11   Doc 1   Filed 07/02/19

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.44** **Priority creditor's name and mailing address**

ODR
Bankruptcy Dept.
955 Center St. NE
Salem, OR, 97301

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ )**

---

**2.45** **Priority creditor's name and mailing address**
Passmore, Bill
350 Cedar Street

Junction City, OR, 97448

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.46** **Priority creditor's name and mailing address**
Pomeroy, Derek
834 Laurel Street

Junction City, OR, 97448

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.47** **Priority creditor's name and mailing address**
Schmid, Lori I
91175 N. Emerald Street

Coburg, OR, 97408

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Case 19-62649-tmr11   Doc 1   Filed 07/02/19

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** | **Priority amount**

---

**2.48  Priority creditor's name and mailing address**

Scott, Carissa J
3652 River Heights Drive

Springfield, OR, 97477

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown          $ _____

---

**2.49  Priority creditor's name and mailing address**

Strasheim, James B
537 NEISMITH BLVD

Eugene, OR, 97404

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown          $ _____

---

**2.50  Priority creditor's name and mailing address**

Strasheim, Jerid D
852 Unity Drive

Junction City, OR, 97448

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown          $ _____

---

**2.51  Priority creditor's name and mailing address**

Strasheim, John P
1138 Breckenridge Drive

Junction City, OR, 97448

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown          $ _____

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**  **Priority amount**

---

**2.52 Priority creditor's name and mailing address**
Strasheim, Josh W
111 SW Quince Street

Junction City, OR, 97448

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.53 Priority creditor's name and mailing address**
Strasheim, Mary C
1138 Breckenridge

Junction City, OR, 97448

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.54 Priority creditor's name and mailing address**
Strasheim, Nicole
94893 Hwy 99 W

Junction City, OR, 97448

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.55 Priority creditor's name and mailing address**
Thomas, Jacob
4330 Murname

Eugene, OR, 97402

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Case 19-62649-tmr11   Doc 1   Filed 07/02/19

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|--|-------------|-----------------|

**2.56**  **Priority creditor's name and mailing address**

Thomas, Rickey
643 Territorial Road

Harrisburg, OR, 97446

$ Unknown            $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.57**  **Priority creditor's name and mailing address**

Villa, Maria V
PO Box 71663

Springfield, OR, 97475

$ Unknown            $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.58**  **Priority creditor's name and mailing address**

Washington Department of Revenue - BK Notice
2101 4th Avenue #1400
Seattle, WA, 98121

$ 0.00            $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.59**  **Priority creditor's name and mailing address**

Wombacher, Patrick  J
536 Cinderella Loop

Eugene, OR, 97404

$ Unknown            $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 19-62584-tmr11    Doc 1    Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.**60 **Priority creditor's name and mailing address**

Woodyard, Hal A
1257 Edin Bridge Court

Cummming, GA, 30041

$ Unknown                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.____ Priority creditor's name and mailing address**

$_____      $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.____ Priority creditor's name and mailing address**

$_____      $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.____ Priority creditor's name and mailing address**

$_____      $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**Is the claim subject to offset?**
☐ No
☐ Yes

Case 19-02549-mhm11    Doc 1    Filed 07/02/19

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
360 MERCHANDISING SOLUTIONS
300 DAVE COWENS DRIVE
8TH FLOOR
NEWPORT, KY, 41071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,727.34

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
ALICIA BOLLS
8473 FM 902

COLLINSVILLE, TX, 76233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,611.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
ALLANN BROTHERS
1852 FESCUE ST. NE

ALBANY, OR, 97322

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,780.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
ALPINE PUMP
4040 BANNER STREET

EUGENE, OR, 97404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
AMERICAN BANKERS INSURANCE COM
PO BOX 731178

DALLAS, TX, 75373-1178

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,694.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS CORPORATE
PO BOX 650448

DALLAS, TX, 75265-0448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 46,526.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Case 19-02549-mh11   Doc 1   Filed 07/02/19

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.7 Nonpriority creditor's name and mailing address**

AMERICAN POP CORN COMPANY
ATTN : GARRY SMITH
ONE FUN PLACE
SIOUX CITY, IA, 51108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,848.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.8 Nonpriority creditor's name and mailing address**

AMERICAN TASTE
8055 W MANCHESTER AVENUE
SUITE 310
PLAYA DEL RAY, CA, 90293

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.9 Nonpriority creditor's name and mailing address**

AMERICAN VEGETARIAN
ASSOCIATION
PO BOX 259
EAST HANOVER, NJ, 7936

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 250.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.10 Nonpriority creditor's name and mailing address**

ANDALUCIA NUTS
3505 BERING DR

HOUSTON, TX, 77057

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,613.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.11 Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL TECHNOLOGIE
3150 W 5TH AVE

EUGENE, OR, 97402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 882.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | 4 Him Food Group, LLC | Case number *(if known)* |
|--------|----------------------|--------------------------|
|        | Name                 |                          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

ARAMARK
PO BOX 101179

PASADENA, CA, 91189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,828.63

---

**3.13** Nonpriority creditor's name and mailing address

ARMORY SECURITIES LLC
1230 ROSECRANS AVE
SUITE 660
MANHATTAN BEACH, CA, 90266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,312.49

---

**3.14** Nonpriority creditor's name and mailing address

ATLAS BRAND MANAGEMENT
45 ASPEN HILLS DRIVE

CALGARY, AB, T3H 0P8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 239.25

---

**3.15** Nonpriority creditor's name and mailing address

B & I HARDWARE & RENTAL
120 W. 6TH STREET

JUNCTION CITY, OR, 97448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,152.68

---

**3.16** Nonpriority creditor's name and mailing address

BARKE GROUP INC.
PO BOX 44203

EDEN PRAIRIE, MN, 55344

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 150.00

---

Case 19-02549-11  Doc 1  Filed 07/02/19

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17 Nonpriority creditor's name and mailing address**

BASCOM FAMILY FARMS
56 SUGARHOUSE RD

Alstead, NH, 03602

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 31,441.61

---

**3.18 Nonpriority creditor's name and mailing address**

BATORY FOODS
1700 E HIGGINS RD
SUITE 300
DES PLAINES, IL, 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 80,298.32

---

**3.19 Nonpriority creditor's name and mailing address**

BEAVER SPORTS PROPERTIES
C/O LEARFIELD COMMUNICATIONS
PO BOX 843038
KANSAS CITY, MO, 64184-3038

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21,218.00

---

**3.20 Nonpriority creditor's name and mailing address**

Betty Small
1138 Breckenridge Drive
Junction City, OR, 97448

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 554,400.00

---

**3.21 Nonpriority creditor's name and mailing address**

BIOLOGIC RESOURCES LLC
10260 SW NIMBUS AVE
SUITE M11
PORTLAND, OR, 97223

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 617.49

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

BNSF LOGISTICS
75 REMITTANCE DRIVE
SUITE 1767
CHICAGO, IL, 60675

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,857.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.23** Nonpriority creditor's name and mailing address

BODTKER MACHINE
94213 RIVER ROAD

JUNCTION CITY, OR, 97448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 180.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.24** Nonpriority creditor's name and mailing address

BUNGE NORTH AMERICA-MILLING
PO BOX 842453

Boston, MA, 02284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 57,600.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.25** Nonpriority creditor's name and mailing address

BUY-LOW LOOPS LP #902
8188 RIVER WAY

DELTA, BC, V4G 1K5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 125.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.26** Nonpriority creditor's name and mailing address

C H ROBINSON COMPANY
PO BOX 9121

MINNEAPOLIS, MN, 55480-9121

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 17,690.94

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Case 19-02649-11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

C. CRETORS AND COMPANY
176 MITTEL DRIVE

WOOD DALE, IL, 60191

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 27,413.75

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.28** Nonpriority creditor's name and mailing address

CARDMEMBER SERVICES
CHASE CORP VISA

,

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 20,202.32

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.29** Nonpriority creditor's name and mailing address

CARQUEST
323 HATTON LANE

JUNCTION CITY, OR, 97448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 279.11

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.30** Nonpriority creditor's name and mailing address

CDB PACKAGING
2058 N MILLS AVENUE #246

CLAREMONT, CA, 91711

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 575,763.59

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.31** Nonpriority creditor's name and mailing address

CHALLENGE DAIRY PRODUCTS
PO BOX 742266

LOS ANGELES, CA, 90074-2266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 26,461.60

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Case 19-02549-mh11    Doc 1    Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32 **Nonpriority creditor's name and mailing address**

CHANDLER FOOD SALES
601 NW 10TH STREET
PO BOX 532607
GRAND PRAIRIE, TX, 75053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,435.39

---

**3.** 33 **Nonpriority creditor's name and mailing address**

CHEP USA
15226 COLLECTIONS CENTER DRIVE

CHICAGO, IL, 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12,560.40

---

**3.** 34 **Nonpriority creditor's name and mailing address**

CHEX FINER FOODS
71 HAMPDEN ROAD

MANSFIELD, MA, 2048

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,310.44

---

**3.** 35 **Nonpriority creditor's name and mailing address**

Chrono Heath Care, Inc.
395 E. 1st
Junction City, OR, 97448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 869,567.00

---

**3.** 36 **Nonpriority creditor's name and mailing address**

City of Junction City
PO Box 250
Junction City, OR, 97448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

Case 19-02549-mh11   Doc 1   Filed 07/02/19

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

COHEN & STONE
124 Haverford Ct

Falling Waters, WV, 25419

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 24,935.24**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.38** Nonpriority creditor's name and mailing address

COLUMBIA CORRUGATED BOX
12777 SW TUALATIN-SHERWOOD RD

TUALATIN, OR, 97062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 87,861.87**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

COLUMBIA STATE BANK
PO BOX 1757

TACOMA, WA, 98401-1757

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 26,292.38**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

COMCAST 9679
PO BOX 37601

PHILADELPHIA, PA, 19101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

**$ 363.91**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

COMCAST-4616
PO BOX 34227

SEATTLE, WA, 98124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

**$ 1,987.06**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Case 19-02649-mhh11    Doc 1    Filed 07/02/19

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42** Nonpriority creditor's name and mailing address

COMCAST-7242
PO BOX 34227

SEATTLE, WA, 98124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 637.12

---

**3.43** Nonpriority creditor's name and mailing address

COMCAST-7798
PO BOX 34227

SEATTLE, WA, 98124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,022.75

---

**3.44** Nonpriority creditor's name and mailing address

CORPORATE PAYMENT SYSTEMS
PO BOX 6335

FARGO, ND, 58125-6335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,017.80

---

**3.45** Nonpriority creditor's name and mailing address

COSMOS CREATIONS PAYROLL
395 E 1ST AVE

JUNCTION CITY, OR, 97448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,396.20

---

**3.46** Nonpriority creditor's name and mailing address

COYOTE LOGISTICS LLC
PO BOX 742636

ATLANTA, GA, 30374-2636

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,665.00

---

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** _47_ **Nonpriority creditor's name and mailing address**

D & B Grocers
35400 Central City Parkway
Westland, MI, 48185

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12,700.00

---

**3.** _48_ **Nonpriority creditor's name and mailing address**

DATA COUNCIL INC, THE
PO Box 970066

Boston, MA, 02297

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 770.00

---

**3.** _49_ **Nonpriority creditor's name and mailing address**

DAYMON WORLDWIDE INC
PO BOX 744820

ATLANTA, GA, 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,038.96

---

**3.** _50_ **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SERVICE
PO BOX 41602

PHILADELPHIA, PA, 19101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Leasor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,263.73

---

**3.** _51_ **Nonpriority creditor's name and mailing address**

DECOPAC INC
SDS 12-0871
PO BOX 86
MINNEAPOLIS, MN, 55486-0871

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,003.20

---

Case 19-02649-mnl1   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

DELTA IT SERVICES LLC
PO BOX 1675

SANDY, OR, 97055

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 337.50

---

**3.53** Nonpriority creditor's name and mailing address

DEPARTMENT OF CONSUMER & BUSIN
REVENUE SERVICES SECTION
PO BOX 14610
SALEM, OR, 97309-0445

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 224.00

---

**3.54** Nonpriority creditor's name and mailing address

Dewayne Tiller
38879 Upper Camp Creek
Springfield, OR, 97478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 174,000.00

---

**3.55** Nonpriority creditor's name and mailing address

DIRECT TRANSPORT
PO BOX 870

WILSONVILLE, OR, 97070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,252.50

---

**3.56** Nonpriority creditor's name and mailing address

DOMINO FOODS INC
PO BOX 79066

CITY OF INDUSTRY, CA, 91716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Case 19-62049-thf11   Doc 1   Filed 07/02/19

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

DR JOHNSON SALES & MARKETING
3526 LAKEVIEW PARKWAY
SUITE B 231
ROWLETT, TX, 75088

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 834.41

---

**3.58** Nonpriority creditor's name and mailing address

DW SALES LLC
938 NORTH 79TH STREET

SEATTLE, WA, 98103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,917.65

---

**3.59** Nonpriority creditor's name and mailing address

EARTH2O
PO BOX 70

CULVER, OR, 97734

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 609.30

---

**3.60** Nonpriority creditor's name and mailing address

ECRM
27070 MILES ROAD  SUITE A

SOLON, OH, 44139

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,725.00

---

**3.61** Nonpriority creditor's name and mailing address

ELISA TECHNOLOGIES INC
2501 NW 66TH CT

GAINESVILLE, FL, 32653

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,076.00

Case 19-02049-mr11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number *(if known)* _____ |
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 62    **Nonpriority creditor's name and mailing address**

EMPIRE RUBBER SUPPLY
PO BOX 14950

PORTLAND, OR, 97293-0950

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,545.68

---

**3.** 63    **Nonpriority creditor's name and mailing address**

EOFF ELECTRICAL SUPPLY CO.
PO BOX 748177

LOS ANGELES, CA, 90074-8177

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 893.01

---

**3.** 64    **Nonpriority creditor's name and mailing address**

ESHA RESEARCH INC
4747 SKYLINE RD S
STE 100
SALEM, OR, 97306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,999.00

---

**3.** 65    **Nonpriority creditor's name and mailing address**

ESHIPPING
PO BOX 775332

Chicago, IL, 60677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,400.00

---

**3.** 66    **Nonpriority creditor's name and mailing address**

ESHIPPING LLC
PO BOX 775332

CHICAGO, IL, 60677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,400.00

---

Case 19-02549-mhh11  Doc 1  Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

EUGENE FASTENER & SUPPLY COMPA
PO BOX 2563

EUGENE, OR, 97402-0209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 6.21

---

**3.68** Nonpriority creditor's name and mailing address

EUGENE PALLET ENTERPRISES
PO BOX 42052

EUGENE, OR, 97404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 2,615.00

---

**3.69** Nonpriority creditor's name and mailing address

EUGENE URGENT CARE
1292 HIGH ST STE 224

EUGENE, OR, 97402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 315.00

---

**3.70** Nonpriority creditor's name and mailing address

FEDEX CUSTOM CRITIAL
PO Box 645123

Pittsburgh, PA, 15264

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 26,479.00

---

**3.71** Nonpriority creditor's name and mailing address

FEDEX FREIGHT
DEPT LA
PO BOX 21415
PASADENA, CA, 91185-1415

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 24,380.85

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.72 Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
DEPT CH
PO BOX 10306
PALATINE, IL, 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 951.23

---

**3.73 Nonpriority creditor's name and mailing address**

FLAVORCHEM
1525 BROOK DRIVE

DOWNERS GROVE, IL, 60515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 183.15

---

**3.74 Nonpriority creditor's name and mailing address**

FONA INTERNATIONAL INC
PO BOX 71333

CHICAGO, IL, 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9,052.94

---

**3.75 Nonpriority creditor's name and mailing address**

FOODAROM
5525 WEST 1730 SOUTH
SUITE 202
SALT LAKE CITY, UT, 84104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 46,316.71

---

**3.76 Nonpriority creditor's name and mailing address**

FORMER FAB, INC
2101 Former Fab Dr

Pearland, TX, 77581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,552.11

---

Case 19-02549-11  Doc 1  Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **77** **Nonpriority creditor's name and mailing address**

Frank and Linda Taylor
95796 Howard Lane
Junction City, OR, 97448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    6/19/17

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 412,000.00

---

**3.** **78** **Nonpriority creditor's name and mailing address**

FREIGHTQUOTE
PO BOX 9121

MINNEAPOLIS, MN, 55480

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,685.83

---

**3.** **79** **Nonpriority creditor's name and mailing address**

GENWORTH LIFE AND ANNUITY
PO BOX 740118

CINCINNATI, OH, 45274

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,408.50

---

**3.** **80** **Nonpriority creditor's name and mailing address**

GLEAVES SWEARINGEN LLP
PO BOX 1147

EUGENE, OR, 97440-1147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 710.00

---

**3.** **81** **Nonpriority creditor's name and mailing address**

GLORY BEE FOODS
PO BOX 35142 #105

SEATTLE, WA, 98124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44,604.48

---

Case 19-02049-tmr11    Doc 1    Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

GRAIN MILLERS
1626 S JOAQUIN DR.

Marion, IN, 46953

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38,637.50

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.83** Nonpriority creditor's name and mailing address

GRAIN MILLERS, INC.
1626 S JOAQUIN DR.

MARION, IN, 46953

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,011.50

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.84** Nonpriority creditor's name and mailing address

GRASS ROOTS MARKETING
1514 CANAL STREET

SPRINGFIELD, OR, 97477

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 822.76

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.85** Nonpriority creditor's name and mailing address

Graystone Legacy Investments, Inc.
12822 NE 43rd Circle
Vancouver, WA, 98682

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,660,500.00

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.86** Nonpriority creditor's name and mailing address

GREENWOOD ASSOCIATES
6280 W HOWARD STREET

NILES, IL, 60714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,084.82

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Case 19-02549-JMC-11   Doc 1   Filed 07/02/19

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.87** **Nonpriority creditor's name and mailing address**

GS1 CANADA
C/O TH1029
PO BOX 4283
TORONTO, ON, M5W 5W6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 700.00

---

**3.88** **Nonpriority creditor's name and mailing address**

HOMETREE CONSULTING
27390 BARKER RD

EUGENE, OR, 97402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 225.00

---

**3.89** **Nonpriority creditor's name and mailing address**

HYGIENA
ATTN: ACCOUNTS RECEIVABLE
FILE 2007
PASADENA, CA, 91199

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 27,104.80

---

**3.90** **Nonpriority creditor's name and mailing address**

IDEAL SALES & SERVICE
PO BOX 1173

MOLALLA, OR, 97038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 797.50

---

**3.91** **Nonpriority creditor's name and mailing address**

IMEX MANAGEMENT
4525 PARK ROAD
SUITE B-103
CHARLOTTE, NC, 28209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,645.16

---

Case 19-02549-rlm11    Doc 1    Filed 07/02/19

## Part 2: Additional Page

| | | Amount of claim |
| --- | --- | --- |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.92** Nonpriority creditor's name and mailing address

IMPACT GROUP
ATTN: ACCOUNTS RECEIVABLE
PO BOX 24131
SEATTLE, WA, 98124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,042.51

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

INDUSTRIAL SOURCE
NATIONAL FIRE FIGHTER/WILDLAND
PO BOX 2330
EUGENE, OR, 97402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 18,056.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

INFORMA/EXPO WEST
NATURAL PRODUCTS EXPO WEST
24654 NETWORK PLACE
CHICAGO, IL, 60673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 7,450.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

ISLER CPA
1976 GARDEN AVE

EUGENE, OR, 97403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,875.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

J B HUNT TRANSPORT INC
PO BOX 98545

CHICAGO, IL, 60693-8545

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 58,827.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Case 19-62649-tmr11  Doc 1  Filed 07/02/19

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 97    **Nonpriority creditor's name and mailing address**

JACOBSEN SALT CO
602 SE SALMON ST

PORTLAND, OR, 97214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 249.05

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 98    **Nonpriority creditor's name and mailing address**

Jerry Strasheim
13379 E. 49th St.
Yuma, AZ, 85367

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 279,833.00

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 99    **Nonpriority creditor's name and mailing address**

John Strasheim
1138 Breckenridge Dr.
Junction City, OR, 97448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,286,757.00

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 100    **Nonpriority creditor's name and mailing address**

JONES & ROTH
P.O. BOX 10086

EUGENE, OR, 97440

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 101    **Nonpriority creditor's name and mailing address**

KEN SWAIN
26221 GOLADA

MISSION VIEJO, CA, 92692

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.67

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | 4 Him Food Group, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

KOF-K
201 THE PLAZA

TEANECK, NJ, 7666

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

KS CHEMS
1360 W. CROWELL LANE

HALSEY, OR, 97348

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 393.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

LAND O'LAKES
PO BOX 840897

DALLAS, TX, 75284-0897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 19,185.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

LUCKY VITAMIN
555 E NORTH LANE
SUITE 6050
CONSHOHOCKEN, PA, 19428

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 38.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

MADDOX METAL WORKS
4116 BRONZE WAY

DALLAS, TX, 75273-1092

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,525.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Case 19-02549-mdc   Doc 1   Filed 07/02/19

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 107 **Nonpriority creditor's name and mailing address**

MARY BEDOLLA
1304 Champers Ave. Apt. #3

Eugene, OR, 97402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 456.79

---

**3.** 108 **Nonpriority creditor's name and mailing address**

MATRIX PACKAGING MACHINERY LLC
PO BOX 932182

CLEVELAND, OH, 44193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 784.38

---

**3.** 109 **Nonpriority creditor's name and mailing address**

MBD
MARKETING BY DESIGN
PO BOX 3231
BEVERLY, MA, 1915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,720.00

---

**3.** 110 **Nonpriority creditor's name and mailing address**

MCGUIRE BEARING CO.
947 SE MARKET ST.

PORTLAND, OR, 97214-3574

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 46.94

---

**3.** 111 **Nonpriority creditor's name and mailing address**

MITZEL & ASSOCIATES INC
PO BOX 5759

VALLEJO, CA, 94591

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,149.18

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.112** Nonpriority creditor's name and mailing address

MMI PROFESSIONAL SERVICE
CONSUMER SCIENCE
4717 FLETCHER AVENUE
FORT WORTH, TX, 76107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 975.00

**3.113** Nonpriority creditor's name and mailing address

MOTION INDUSTRIES
PO BOX 98412

CHICAGO, IL, 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 586.63

**3.114** Nonpriority creditor's name and mailing address

MOUNTAIN CREEK MARKETING
ATTN SHERWIN BECK
6565 S DAYTON ST
GREENWOOD VILLAGE, CO, 80111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,292.22

**3.115** Nonpriority creditor's name and mailing address

MUELLER YURGAE ASSOCIATES INC
1055 SE 28TH STREET

GRIMES, IA, 50111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

**3.116** Nonpriority creditor's name and mailing address

NATURES HEALTH CARE LLC
395 E 1ST AVE

JUNCTION CITY, OR, 97448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 850.00

Case 19-02649-mh11   Doc 1   Filed 07/02/19

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 117 **Nonpriority creditor's name and mailing address**

NEOGEN CORPORATION
620 LESHER PLACE

LANSING, MI, 48912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,161.16

**3.** 118 **Nonpriority creditor's name and mailing address**

NEW SEASONS MARKET - PORT
1300 SE STARK STREET
SUITE 401
PORTLAND, OR, 97214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 38.02

**3.** 119 **Nonpriority creditor's name and mailing address**

NOLAN TRANSPORTATION GROUP
PO BOX 931184

ATLANTA, GA, 31193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 72,018.98

**3.** 120 **Nonpriority creditor's name and mailing address**

NORTH COAST ELECTRIC COMPANY
PO BOX 34399

SEATTLE, WA, 98124-1399

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 302.25

**3.** 121 **Nonpriority creditor's name and mailing address**

NORTHWEST INDUSTRIAL STAFFING
PO BOX 41995

EUGENE, OR, 97404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,653.63

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|--------|----------------------|------------------------|
|        | Name                 |                        |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 122** Nonpriority creditor's name and mailing address

NSF INTERNATIONAL
DEPT. LOCKBOX #771380
PO BOX 77000
DETROIT, MI, 48277

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,133.57

**3. 123** Nonpriority creditor's name and mailing address

NW NATURAL GAS
PO BOX 6017

PORTLAND, OR, 97228

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 820.80

**3. 124** Nonpriority creditor's name and mailing address

OAK OVERSEAS LTD
112 CARBARRUS AVENUE E

CONCORD, NC, 28025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,628.13

**3. 125** Nonpriority creditor's name and mailing address

OMLID & SWINNEY
FIRE PROTECTION & SECURITY
157 S. 47TH ST.
SPRINGFIELD, OR, 97478

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,445.00

**3. 126** Nonpriority creditor's name and mailing address

OREGON PEST CONTROL
2852 WILLAMETTE STREET  PMB152

EUGENE, OR, 97405

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 340.00

Case 19-62049-tmr11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.127** Nonpriority creditor's name and mailing address

OREGON TILTH
2525 SE 3RD STREET

CORVALLIS, OR, 97333

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,390.30

---

**3.128** Nonpriority creditor's name and mailing address

PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY

BEAVERTON, OR, 97006

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,267.02

---

**3.129** Nonpriority creditor's name and mailing address

PACIFIC PALLET  INC.
PO BOX 50909

EUGENE, OR, 97405

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,924.50

---

**3.130** Nonpriority creditor's name and mailing address

PACIFIC POWER
P.O. BOX 26000

PORTLAND, OR, 97256-0001

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,259.53

---

**3.131** Nonpriority creditor's name and mailing address

PACIFIC SOURCE HEALTH PLAN
ATTN: ASHLEY WEBER
PO BOX 4210
PORTLAND, OR, 97208

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Case 19-02549-tmr11  Doc 1  Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** <u>132</u> **Nonpriority creditor's name and mailing address**

PART SOLUTIONS LLC
PO BOX 1545

VALPARAISO, IN, 46384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 372.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>133</u> **Nonpriority creditor's name and mailing address**

PENINSULA TRUCK LINES
PO BOX 748895

LOS ANGELES, CA, 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,245.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>134</u> **Nonpriority creditor's name and mailing address**

PENINSULA TRUCK LINES INC
PO Box 748895

Los Angeles, CA, 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 27,548.80

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>135</u> **Nonpriority creditor's name and mailing address**

PERSONNEL SOURCE
555 LINCOLN STREET

EUGENE, OR, 97401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 35,746.04

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>136</u> **Nonpriority creditor's name and mailing address**

POWDERPURE
250 STEELHEAD WAY

THE DALLES, OR, 97058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,076.23

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 19-62049-tmr11  Doc 1  Filed 07/02/19

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** Nonpriority creditor's name and mailing address

QUANTEK INSTRUMENTS INC
183 MAGILL DRIVE

GRAFTON, MA, 1519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 425.00

---

**3.138** Nonpriority creditor's name and mailing address

REDWOOD MULTIMODAL
32433 COLLECTION CENTER DRIVE

CHICAGO, IL, 60693-0324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,559.00

---

**3.139** Nonpriority creditor's name and mailing address

REIST POPCORN CO.
PO BOX 155

MOUNT JOY, PA, 17552-0155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,525.00

---

**3.140** Nonpriority creditor's name and mailing address

ROADRUNNER TRANSPORTATION
PO BOX 74857

CHICAGO, IL, 60694

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,873.31

---

**3.141** Nonpriority creditor's name and mailing address

RPG CONSULTANTS
181 SOUTH FRANKLIN AVENUE
SUITE 202
VALLEY STREAM, NY, 11581

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 697.59

Case 19-02649-mh11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 142   **Nonpriority creditor's name and mailing address**

SAIF CORPORATION
400 HIGH STREET SE

SALEM, OR, 97312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,402.96

---

**3.** 143   **Nonpriority creditor's name and mailing address**

SANTUCCI ASSOCIATES INC
1010 MILL CREEK DR

FEASTERVILLE, PA, 19053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,819.71

---

**3.** 144   **Nonpriority creditor's name and mailing address**

SCHNEIDER NATIONAL INC
2567 PAYSPHERE CIRCLE

CHICAGO, IL, 60674

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 943.79

---

**3.** 145   **Nonpriority creditor's name and mailing address**

SEIDMAN FOOD BROKERAGE
7684 WILES RD

CORAL SPRINGS, FL, 33067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 146   **Nonpriority creditor's name and mailing address**

SHOES FOR CREWS LLC
FILE LOCKBOX 51151

LOS ANGELES, CA, 90074-1151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.93

---

Case 19-02649-mnr   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

<table>
<tr><td>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

**3.** 147    **Nonpriority creditor's name and mailing address**

SJ COLLECTIVE
3631 COUNTRYSIDE LN

EUGENE, OR, 97404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 148    **Nonpriority creditor's name and mailing address**

SNOTEMP COLD STORAGE
P.O. BOX 2066

EUGENE, OR, 97402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 400.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 149    **Nonpriority creditor's name and mailing address**

SOUTHSTAR FINANCIAL LLC
PO Box 2323

Mount Pleasant, SC, 29465

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,386.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 150    **Nonpriority creditor's name and mailing address**

SPECIALTY FOOD ASSOCIATION
FINANCE DEPT
136 MADISON AVE  12 FLOOR
NEW YORK, NY, 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,380.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 151    **Nonpriority creditor's name and mailing address**

SPRING VALLEY DAIRY
PO BOX 20970

KEIZER, OR, 97307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 350.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Case 19-02549-tnf11  Doc 1  Filed 07/02/19

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** Nonpriority creditor's name and mailing address

SPS COMMERCE  INC.
VB BOX 3
PO BOX 9202
MINNEAPOLIS, MN, 55480-9202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,882.33

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.153** Nonpriority creditor's name and mailing address

STANDARD INSURANCE COMPANY
LIFE AND DISABILITY
PO BOX 645311
CINCINNATI, OH, 45264

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,017.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.154** Nonpriority creditor's name and mailing address

THE AUTOMATION GROUP
4678 ISABELLE STREET

EUGENE, OR, 97402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,665.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.155** Nonpriority creditor's name and mailing address

THE MILL AT KINGS RIVER
15111 E GOODFELLOW AVE

SANGER, CA, 93657

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,840.24

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.156** Nonpriority creditor's name and mailing address

TIAA BANK
PO BOX 911608

DENVER, CO, 80291-1608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,059.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Case 19-02549-11  Doc 1  Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

**3. 157**  Nonpriority creditor's name and mailing address

TOTAL QUALITY LOGISTICS
PO BOX 634558

CINCINNATI, OH, 45263-4558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 158**  Nonpriority creditor's name and mailing address

TOTEM PALLET & CRATE
87315 CEDAR FLAT RD

SPRINGFIELD, OR, 97478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 10,006.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 159**  Nonpriority creditor's name and mailing address

TRANSWORLD SHIPPING(USA)
3748 BAYER AVE
UNIT 201
LONG BEACH, CA, 90808

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,985.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 160**  Nonpriority creditor's name and mailing address

TRINITY SALES INC
124 SWAN RD

SMITHFIELD, RI, 2917

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 5,318.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 161**  Nonpriority creditor's name and mailing address

UNITEDHEALTHCARE
5 CENTERPOINTE DR STE 600

LAKE OSWEGO, OR, 97035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 30,688.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Case 19-02649-rmf11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** Nonpriority creditor's name and mailing address

UNIVERSAL STUDIOS LICENSING
10 UNIVERSAL CITY PLAZA

UNIVERSAL CITY, CA, 91608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,819.16

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.163** Nonpriority creditor's name and mailing address

UPS
PO BOX 894820

LOS ANGELES, CA, 90189-4820

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,058.17

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.164** Nonpriority creditor's name and mailing address

UPS FREIGHT
28013 NETWORK PLACE

CHICAGO, IL, 60673-1280

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,705.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.165** Nonpriority creditor's name and mailing address

US BANK EQUIPMENT FINANCE
PO BOX 790448

ST. LOUIS, MO, 63179-0448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 65.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.166** Nonpriority creditor's name and mailing address

VERIZON
PO BOX 660108

DALLAS, TX, 75266-0208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,205.46

Date or dates debt was incurred _____

Last 4 digits of account number _____

Case 19-02649-mh11   Doc 1   Filed 07/02/19

| Debtor | 4 Him Food Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 167 **Nonpriority creditor's name and mailing address**

WCP SOLUTIONS
PO BOX 84145

SEATTLE, WA, 98124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,736.25

---

**3.** 168 **Nonpriority creditor's name and mailing address**

WELCHS FOODS INC
300 BAKER AVE
SUITE 101
Concord, MA, 01742

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 50,000.00

---

**3.** 169 **Nonpriority creditor's name and mailing address**

WESTERN PACKAGING INC
PO BOX 297

ALBANY, OR, 97321

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,656.00

---

**3.** 170 **Nonpriority creditor's name and mailing address**

WIRELESS SOURCE
1711 WILLAMETTE ST. SUITE 301

EUGENE, OR, 97401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 935.95

---

**3.** 171 **Nonpriority creditor's name and mailing address**

XPO LOGISTICS FREIGHT INC
29559 NETWORK PLACE

CHICAGO, IL, 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 311.59

---

Case 19-02649-11    Doc 1    Filed 07/02/19

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Foodarom, c/o Euler Hermes Canada Euler Hermes Canada Claims/Collections attn: Sam Gullotti 1155, boul. René-Lévesque Ouest, bureau 2810 Montréal (Québec) H3B 2L2 | Line 3.75 ☐ Not listed. Explain: | _____ |
| 4.2. | Freightquote Timothy W. Fafinski, c/o The Greenleaf Group 3411 Brei Kessel Road Independence, MN, 55359 | Line 3.78 ☐ Not listed. Explain | _____ |
| 4.3. | Hop Capital 323 Sunny Isles Blvd., Suite 501 North Miami Beach, FL, 33160 | Line ____ ☑ Not listed. Explain Paid in full; notice purposes only | _____ |
| 4.4. | Land O' Lakes, c/o D&S Global Solutions Ref #2642314, Attn: Travis 13809 Research Blvd. #800 Austin, TX, 78750 | Line 3.104 ☐ Not listed. Explain | _____ |
| 41. | Total Sweeteners dba Batory Foods c/o Louis Weinstock, Esq. 223 W. Jackson Blvd., #512 Chicago, IL, 60606 | Line 3.18 ☐ Not listed. Explain | _____ |
| 4.5. | Union Insurance Co. 660 E Watertower Street Meridian, ID, 83642 | Line ____ ☑ Not listed. Explain Paid in full; notice only | _____ |
| 4.6. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.7. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.8. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.9. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.10. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.11. | | Line ____ ☐ Not listed. Explain | _____ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ 7,329,335.87 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,329,335.87 |

Fill in this information to identify the case:

Debtor name __4 Him Food Group, LLC__

United States Bankruptcy Court for the: __District of Oregon__

Case number (If known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Financial advisory and placement agency agreement<br>Purchaser | Armory Securities, LLC<br>1230 Rosecrans Avenue, Suite 660<br>Manhattan Beach, CA, 90266 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Copier - Konika Bizhub 363<br>Lessee | US BANK EQUIPMENT FINANCE<br>PO BOX 790448<br>St. Louis, MO, 63179-0448 |
| | State the term remaining | 1/31/20 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Copier - Konika Minolta Bizhub C654<br>Lessee | TIAA Bank<br>PO BOX 911608<br>Denver, CO, 80291-1608 |
| | State the term remaining | 8/31/21 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Copier - Konika Bizhub C454<br>Lessee | Pacific Office Automation<br>PO Box 41602<br>Philadelphia, PA, 19101 |
| | State the term remaining | 1/22/21 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Forklift - Jungheinrich<br>Lessee | De Lage Landen Financial Services<br>PO Box 41602<br>Philadelphia, PA, 19101 |
| | State the term remaining | 3/8/2021 | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __4 Him Food Group, LLC__

United States Bankruptcy Court for the: __District of Oregon__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 John Strasheim | John Strasheim<br>1138 Breckenridge Drive<br>Junction City, OR, 97448 | OnDeck Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Dewayne Tiller | Dewayne Tiller<br>38879 Upper Camp Creek<br>Springfield, OR, 97478 | OnDeck Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Dewayne Tiller | Dewayne Tiller<br>38879 Upper Camp Creek<br>Springfield, OR, 97478 | Columbia State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Dewayne Tiller | Dewayne Tiller<br>38879 Upper Camp Creek<br>Springfield, OR, 97478 | Columbia State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Dewayne Tiller | Dewayne Tiller<br>38879 Upper Camp Creek<br>Springfield, OR, 97478 | Columbia State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 John Strasheim | John Strasheim<br>1138 Breckenridge Drive<br>Junction City, OR, 97448 | Dominguez Family Enterp | ☑ D<br>☐ E/F<br>☐ G |

Case 19-62049-thh11   Doc 1   Filed 07/02/19

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | John Strasheim | John Strasheim<br>1138 Breckenridge Drive<br>Junction City, OR, 97448 | Columbia State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | John Strasheim | John Strasheim<br>1138 Breckenridge Drive<br>Junction City, OR, 97448 | Columbia State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | John Strasheim | John Strasheim<br>1138 Breckenridge Drive<br>Junction City, OR, 97448 | Columbia State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/02/2019      ✗ /s/ John Strasheim
        MM / DD / YYYY         Signature of individual signing on behalf of debtor

                 John Strasheim
                 Printed name

                 President
                 Position or relationship to debtor

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 3,300,000.00 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 7,915,665.64 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 01/01/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 10,005,776.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3 <br> Creditor's name | _____ <br> _____ <br> _____ <br> _____ | $ 1,906,732.83 | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑ Other _____ |
| 3.2. | _____ <br> Creditor's name | _____ <br> _____ <br> _____ <br> _____ | $ _____ | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Jerid Strasheim <br> Insider's name | _____ <br> _____ <br> _____ | $ 95,646.54 | Wages 7/1/18-6/30/19 |
| | **Relationship to debtor** <br> VP Sales, son of CEO | | | |
| 4.2. | Mary Strasheim <br> Insider's name | _____ <br> _____ <br> _____ | $ 33,866.62 | Wages 7/1/18-6/30/19 |
| | **Relationship to debtor** <br> Wife of CEO | | | |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Worldwide Capital Management, Inc. | Creditor Garnished approximately $111,000 in late March 2019 to satisfy claim in full | 03/2019 | $ 111,000.00 |
| | Creditor's name | | | |
| | 30 Wall Street | | | |
| | 8th Floor | | | |
| | New York, NY 10005 | | | |
| 5.2. | _____ | | _____ | $_____ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Challenge Dairy Products, Inc. v. 4 Him Food Group, LLC | Contract | California Superior Court for Alameda County, Hayward Hall of Justice | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 1221 Oak Street | |
| | RG19006999 | | Oakland, CA 94612 | |
| 7.2. | Total Sweetners, Inc. dba Batory Foods v. 4 Him Food Group, LLC dba Cosmos Creations | Contract | Circuit Court of Cook County, Illinois | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 50 W Washington | |
| | 2019L003182 | | Chicago, IL 60602 | |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Local aid/mission _____<br>Recipient's name | No significant financial contributions over the past two years; some small amounts of food donated to local organizations when expiration date was approaching | _____ | $ 0.00 |
| **Recipient's relationship to debtor**<br>none _____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Product became contaminated and had to be destroyed; no insurance claim was made or will be | 0.00 | 01/2019 | $70,000.00 |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | | _____ | $_____ |
| **Address** | | | |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | | _____ | $_____ |
| **Address** | | | |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ |  | _____ | $_____ |
| **Address** |  |  |  |
| **Relationship to debtor** |  |  |  |
| _____ |  |  |  |
| **Who received transfer?** |  | _____ | $_____ |
| 13.2. _____ |  |  |  |
| **Address** |  |  |  |
| **Relationship to debtor** |  |  |  |
| _____ |  |  |  |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____  To _____ |
| 14.2. | From _____  To _____ |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Summit Bank - Business Checking (closed)<br>Name | XXXX–3303 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 7/1/2019 | $ 0.00 |
| 18.2. Columbia Bank - Wire Account (closed)<br>Name<br>111 West 7th Ave.<br>Eugene, OR 97401 | XXXX–1077 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 05/01/2019 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br><br>Case number<br><br>_____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Sean Bunton<br>Name<br>4866 Camelia Street, Springfield OR 97402 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Kyle Dixon, CPA<br>Name<br>28093 Crossley Lane, Eugene, OR 97478 | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Jones & Roth, PC<br>Name<br>PO Box 10086, Eugene OR 97440 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| **26b.2.** _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Isler CPA<br>Name<br>1976 Garden Avenue, Eugene OR  97403 | |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  Jones & Roth, PC | |
| Name | |
| PO Box 10086, Eugene OR  97440 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Columbia Bank |
| Name |

| Name and address |
|---|
| 26d.2.  Celtic Capital |
| Name |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  _____ |
| Name |

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hal Woodyard | 1257 Edin Bridge Court, Cumming, GA 30041 | | 1.33% |
| Betty Small Trust | 1138 Breckenridge Drive, Junction City, OR 97448 | | 4.64% |
| Ron Evans | 2015 NE 56th Avenue, Portland, OR 97213 | | 3.34% |
| Debra and Norman Magnuson | 31871 Herman Road, Eugene, OR 97408 | | 1.33% |
| Kyle Dixon | 28093 Crossley Lane, Eugene, OR 97402 | | 6.29% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/02/2019
          MM / DD / YYYY

✖   /s/ John Strasheim               Printed name   John Strasheim
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

Case 19-62049-tmr11    Doc 1    Filed 07/02/19

## Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

John Strasheim                                              $104,676.23

Jerry Strasheim          13379 E 49th St., Yuma,    $40,000.00
                         AZ 85367


**7) Legal Actions**

Freightquote.com v. 4 Him Food Group, LLC/Cosmos Creations

Alleged Breach of Contract

District Court, Fourth Judicial District, State of Minnesota, County of Hennepin

300 South 6th Street, Minneapolis, MN 55487

Pending

-------

American Express Travel Related Services Company, Inc. v. 4 Him Food Group, LLC

652753 2019

Alleged Nonpayment for Services

Supreme Court of the State of New York County of New York

60 Centre St., New York, NY 10007

Pending

-------

BNSF Logistics, LLC v. 4 Him Food Group, LLC dba Cosmos Creations

Suit for Alleged Nonpayment

Circuit Court for Cook County, Illinois

Pending

-------


**26c) Records keepers**

Sean Bunton              4866 Camelia Street,
                         Springfield OR 97402


**26d) Creditors**

D.A. Davidson                        8 Third St. North, Davidson Bldg.
                                     Great Falls, MT 59401

## Continuation Sheet for Official Form 207

| | |
|---|---|
| Wyandot, Inc. | 135 Wyandot Ave. Marion, OH 43302 |
| Exvere Inc. | |
| American Pop Corn Co. | One Fun Place, PO Box 178, Sioux City, IA 51102 |
| Ouabache Investments | |
| Consultants Group Commercial Funding Group | 2211 Michelson Dr. Suite 1110 Irvine, Ca. 92612 |
| Veber Partners, LLC | |
| MB Financial Bank | 800 W. Madison St. Chicago, Illinois 60607 |
| Miniat Holdings LLC, South Chicago Packing LLC and Ed Miniat LLC | |
| Retail Business Services LLC | 2110 Executive Dr. Salisbury, NC 28147 |
| Steve Lee and Ryan Lee | |
| Share Capital Partners, LLC | |
| Austin Financial Services, Inc. | |
| Utz Quality Foods, LLC | |
| Idahoan foods, LLC | |
| Snack It Forward | 6080 Center Dr. 6th Floor, Las Angeles, Ca. 90045 |
| Liberty Bay Capital | |
| Old Town Equity, LLC | |
| Lesser Evil, LLC | |
| Lewis and Clark Capital | |
| Capital Canada Limited | |
| Keystone Capital, Inc. | |
| Traverse, LLC | |
| Ramex, Inc. | |
| Mosaic Consumer Partners, LLC | |
| Hammond, Kennedy, Whitney and Company, Inc. | |
| Valhalla Financial, Inc. | |
| Endeavour Capital VII, LLC | 760 SW 9th Ave #2300, Portland, OR 97205 |

## Continuation Sheet for Official Form 207

Snak King and Corp.

Fundos Group, LLC

Investment Exchange Corp.

Capitala Group, LLC

Holliday Fenoglio Fowler, L.P.

Gordon Brothers Asset Advisors, LLC

K. R. Abraham & Co.

Inxcorp Business Advisors

Scanlan KemperBard Companies

Mission Consumer Capital, L.P.

The Anderson Group, LLC

Summit Investment Management LLC

Great Rock Capital Partners Management,
 LLC

TerraMar Capital LLC

Porchlight Equity Management LLC

Firelight Capital Partners, LLC

San Francisco Equity Partners

Western Milling, LLC

AGR Partners, LLC

VMG Partners II, LLC

Canum Capital Management, L.P.

STORE Capital Corporation

GEMCAP Lending I, LLC                        24955 Pacific Coast Hwy, #A202, Malibu,
                                              CA 90265

Alliance Consumer Growth, LLC

Advantage Capital Agribusiness
Partners, L.P.

Arable Capital Partners, LLC

Super G Capital, LLC

ExWorks Capital

## Continuation Sheet for Official Form 207

Corbel Capital Partners

Alliance Consumer Growth, LLC

Tregaron Capital

Encore Consumer Capital, L.P.

Lateral Investment Management, LLC

EMM Investments, LLC

Monogram Capital Partners I, L.P.

West-wood Benson                    4800 SW Meadows Rd, #300, Lake Oswego,
                                    OR 97035

28) Additional people in control of the debtor at the time of the filing of this case

| Name | Address | Percent |
|---|---|---|
| Dianne Fay Leavitt | 5250 Senger Lane, Eugene, OR 97405 | 3.31% |
| R. Derek Jaros | PO Box 1957, Sisters, OR 97559 | 3.81% |
| The Knapp Family Trust | 411 Whiskey Hill Road, Woodside, CA 94062 | 4.82% |
| Steve Hayes | 2877 Martinique Ave., Eugene, OR 97408 | 2.22% |
| Jerid Strasheim | 852 Unity Drive, Eugene, OR 97408 | 12.16% |
| Jason Goss | 39040 Upper Camp Creek, Springfield, OR 97478 | 9.32% |
| Matt Tiller | 39559 Upper Camp Creek, Springfield, OR 97478 | 9.32% |
| Dewayne Tiller | 38879 Upper Camp Creek, Springfield, OR 97478 | 11.27% |
| John Strasheim | 1138 Breckenridge Drive, Junction City, OR 97448 | 27.34% |

# SOFA Question 3 Attachment - Transfers within 90 Days

| Sort Order | Date | chk# | Description | Amount | rec | Deposit | Type |
|---|---|---|---|---|---|---|---|
| 126 | 4/1/19 | WT | Larsen's Creamery | $ 24,724.15 | x | | Raw Materials |
| 128 | 4/1/19 | WT | CH ROBINSON | $ 11,732.00 | x | | Freight Expense |
| 132 | 4/1/19 | 250 | Mark Thornton | $ 10,000.00 | x | | Sales & Marketing |
| 135 | 4/2/19 | WT | Glory Bee | $ 7,279.56 | x | | Raw Materials |
| 143 | 4/3/19 | WT | Larsen's Creamery | $ 28,644.00 | x | | Raw Materials |
| 144 | 4/3/19 | WT | Infinisource (Amcheck) | $ 23,962.20 | x | | Payroll |
| 162 | 4/5/19 | | Payroll Checks | $ 58,274.84 | P | | Payroll |
| 169 | 4/9/19 | WT | C&H Sugar (Domino Foods) | $ 18,600.00 | x | | Raw Materials |
| 170 | 4/9/19 | WT | PCA | $ 20,620.25 | x | | Packaging Purchase |
| 171 | 4/9/19 | WT | CH ROBINSON | $ 13,144.00 | x | | Freight Expense |
| 172 | 4/9/19 | WT | Agricor (Grain Miller) | $ 21,600.00 | x | | Raw Materials |
| 176 | 4/9/19 | 265 | 2 Lori's | $ 50,000.00 | x | | Loan |
| 182 | 4/11/19 | 268 | John Strasheim | $ 8,489.37 | x | | Raw Materials |
| 194 | 4/12/19 | 280 | Columbia Corrugated | $ 12,265.00 | x | | Packaging Purchase |
| 208 | 4/17/19 | WT | CDB Packaging Purchase | $ 20,000.00 | x | | Packaging Purchase |
| 209 | 4/17/19 | WT | Elite Spice | $ 11,205.00 | x | | Raw Materials |
| 210 | 4/17/19 | WT | Columbus Vegetable Oils | $ 20,372.00 | x | | Raw Materials |
| 211 | 4/17/19 | WT | Infinisource (Amcheck) | $ 25,007.80 | x | | Payroll |
| 216 | 4/19/19 | | Paychecks | $ 59,679.36 | p | | Payroll |
| 228 | 4/22/19 | WT | Food Source | $ 13,125.00 | x | | Raw Materials |
| 230 | 4/22/19 | EFT | Chase Credit Card | $ 7,500.00 | x | | Other |
| 233 | 4/22/19 | 296 | Fedex Freight | $ 7,890.79 | x | | Freight Expense |
| 236 | 4/23/19 | WT | Leonard Law Group | $ 10,000.00 | x | | Professional Services |
| 237 | 4/23/19 | WT | CDB Packaging Purchase | $ 35,000.00 | x | | Packaging Purchase |
| 251 | 4/23/19 | 304 | Pacific Source Health Plan | $ 16,834.74 | x | | Health Insurance |
| 275 | 4/30/19 | WT | CDB Packaging Purchase | $ 35,000.00 | x | | Packaging Purchase |
| 281 | 5/1/19 | WT | Infinisource (Amcheck) | $ 25,131.99 | x | | Payroll |
| 283 | 5/1/19 | WT | CH ROBINSON | $ 7,100.00 | x | | Freight Expense |
| 285 | 5/1/19 | WT | Glory Bee | $ 8,820.00 | x | | Raw Materials |
| 295 | 5/3/19 | WT | South Start Financial (Tides) | $ 8,823.64 | x | | Raw Materials |
| 297 | 5/3/19 | WT | CDB Packaging Purchase | $ 15,007.99 | x | | Packaging Purchase |
| 299 | 5/3/19 | WT | Leonard Law Group | $ 45,000.00 | x | | Professional Services |
| 301 | 5/3/19 | WT | Domino Foods (C&H Sugar) | $ 18,528.00 | x | | Raw Materials |
| 303 | 5/3/19 | WT | Agricor (Grain Miller) | $ 18,562.50 | x | | Raw Materials |
| 306 | 5/3/19 | | Payroll Checks | $ 64,093.51 | p | | Payroll |
| 308 | 5/6/19 | WT | CH Robinson | $ 11,130.00 | x | | Freight Expense |
| 311 | 5/6/19 | WT | Larsen's Creamery | $ 18,533.85 | x | | Raw Materials |
| 313 | 5/6/19 | WT | Glory Bee | $ 10,816.40 | x | | Raw Materials |
| 317 | 5/7/19 | WT | PCA | $ 15,474.41 | x | | Packaging Purchase |
| 334 | 5/8/19 | WT | CH ROBINSON | $ 10,502.00 | x | | Freight Expense |
| 341 | 5/10/19 | WT | TIDES (SW Financial) | $ 18,873.60 | x | | Raw Materials |
| 347 | 5/13/19 | WT | CH ROBINSON | $ 7,592.00 | x | | Freight Expense |
| 348 | 5/13/19 | WT | Packaging Purchase | $ 15,747.41 | x | | Packaging Purchase |
| 351 | 5/13/19 | EFT | Bank of America | $ 8,318.00 | x | | Raw Materials |
| 360 | 5/15/19 | WT | Inforsource (Amcheck) | $ 27,002.71 | x | | Payroll |
| 367 | 5/20/19 | WT | Grain Millers | $ 15,335.00 | x | | Raw Materials |
| 373 | 5/20/19 | WT | CH Robinson | $ 13,475.00 | x | | Freight Expense |
| 376 | 5/20/19 | | Payroll Checks | $ 66,624.18 | p | | Payroll |
| 388 | 5/22/19 | WT | Larsen's Creamery | $ 21,033.66 | x | | Raw Materials |
| 390 | 5/22/19 | WT | CDB Packaging Purchase | $ 57,106.56 | x | | Packaging Purchase |
| 393 | 5/22/19 | EFT | Cosmos Chase CC 0050 | $ 12,000.00 | x | | Other |
| 400 | 5/24/19 | WT | Columbia Corrugated | $ 16,222.66 | x | | Packaging Purchase |
| 402 | 5/24/19 | WT | Glory Bee | $ 11,782.84 | x | | Raw Materials |
| 404 | 5/24/19 | WT | Food Source | $ 16,750.02 | x | | Raw Materials |
| 406 | 5/24/19 | WT | Elite Spice | $ 12,577.50 | x | | Raw Materials |
| 423 | 5/30/19 | 353 | Pacific Source Health Plan | $ 18,309.37 | x | | Health Insurance |
| 426 | 5/30/19 | WT | Infinisource (Amcheck) | $ 25,266.91 | x | | Payroll |
| 429 | 5/31/19 | | Paychecks | $ 66,838.16 | p | | Payroll |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 434 | 5/31/19 | WT | CH ROBINSON | $ | 20,610.00 | x | | Freight Expense |
| 459 | 6/4/19 | WT | CH Robinson | $ | 7,530.00 | x | | Freight Expense |
| 461 | 6/5/19 | WT | CDB Packaging Purchase | $ | 38,713.40 | x | | Packaging Purchase |
| 463 | 6/5/19 | WT | Celtic Capital | $ | 11,649.17 | x | | Celtic Loan |
| 465 | 6/5/19 | wt | Agricor (Grain Miller) | $ | 15,352.75 | x | | Raw Materials |
| 480 | 6/6/19 | WT | Larsen's Creamery | $ | 10,705.11 | x | | Raw Materials |
| 504 | 6/11/19 | WT | CH ROBINSON | $ | 7,000.00 | x | | Freight Expense |
| 513 | 6/12/19 | WT | Infinisource (Amcheck) | $ | 30,398.84 | | | Payroll |
| 515 | 6/14/19 | | Paychecks | $ | 72,663.30 | | | Payroll |
| 521 | 6/14/19 | | Paychecks | $ | 74,634.42 | P | | Payroll |
| 532 | 6/17/19 | WT | PCA | $ | 13,849.00 | x | | Packaging Purchase |
| 534 | 6/17/19 | WT | Elite Spice | $ | 13,757.50 | x | | Raw Materials |
| 536 | 6/17/19 | WT | CDB Packaging | $ | 22,000.00 | x | | Packaging Purchase |
| 543 | 6/18/19 | WT | Food Source | $ | 9,762.48 | x | | Raw Materials |
| 561 | 6/19/19 | WT | Columbia Corrugated | $ | 9,100.00 | x | | Packaging Purchase |
| 570 | 6/20/19 | WT | Agricor (Grain Millers) | $ | 19,037.50 | x | | Raw Materials |
| 572 | 6/20/19 | | JS Personal Chase 0269 | $ | 14,574.67 | x | | Raw Materials |
| 578 | 6/21/19 | WT | Larsens Creamery | $ | 16,169.21 | x | | Raw Materials |
| 586 | 6/21/19 | 395 | Pacific Source Health Plan | $ | 19,042.71 | | | Health Insurance |
| 594 | 6/25/19 | EFT | JS INVESMENT CC (8677) | $ | 19,063.34 | x | | Raw Materials |
| 596 | 6/25/19 | WT | CBD | $ | 28,910.97 | x | | Packaging Purchase |
| 598 | 6/25/19 | WT | Larsen's Creamery | $ | 12,938.37 | x | | Raw Materials |
| 601 | 6/26/19 | WT | CH ROBINSON | $ | 6,985.00 | x | | Freight Expense |
| 603 | 6/26/19 | WT | Leonard Law Group | $ | 45,000.00 | x | | Professional Services |
| 605 | 6/26/19 | WT | Infinisource | $ | 27,706.11 | x | | Payroll |
| 625 | 6/28/19 | | Payroll Checks | $ | 60,249.05 | p | | Payroll |
| | | | | $ | 1,906,732.83 | | | |

2Loris, LLC
79 Centennial Loop
Eugene, OR 97401

2Loris, LLC
Randy McPherson
1247 Crenshaw Rd
Eugene, OR 97401

2Loris, LLC
450 Country Club Road, Suite 310
Eugene, OR 97401

360 MERCHANDISING SOLUTIONS
300 DAVE COWENS DRIVE
8TH FLOOR
NEWPORT, KY 41071

ALICIA BOLLS
8473 FM 902
COLLINSVILLE, TX 76233

ALLANN BROTHERS
1852 FESCUE ST. NE
ALBANY, OR 97322

ALPINE PUMP
4040 BANNER STREET
EUGENE, OR 97404

AMERICAN BANKERS INSURANCE COM
PO BOX 731178
DALLAS, TX 75373-1178

AMERICAN EXPRESS CORPORATE
PO BOX 650448
DALLAS, TX 75265-0448

AMERICAN POP CORN COMPANY
ATTN : GARRY SMITH
ONE FUN PLACE
SIOUX CITY, IA 51108

AMERICAN TASTE
8055 W MANCHESTER AVENUE
SUITE 310
PLAYA DEL RAY, CA 90293

AMERICAN VEGETARIAN
ASSOCIATION
PO BOX 259
EAST HANOVER, NJ 7936

ANDALUCIA NUTS
3505 BERING DR
HOUSTON, TX 77057

APPLIED INDUSTRIAL TECHNOLOGIE
3150 W 5TH AVE
EUGENE, OR 97402

ARAMARK
PO BOX 101179
PASADENA, CA 91189

ARMORY SECURITIES LLC
1230 ROSECRANS AVE
SUITE 660
MANHATTAN BEACH, CA 90266

ATLAS BRAND MANAGEMENT
45 ASPEN HILLS DRIVE
CALGARY, AB T3H 0P8

Adair, Marcela G
131 SW Kalmia St
Junction City, OR 97448

American Express Travel Related Services Comp
c/o Zwicker & Associates, Attn. Carl Zap
100 Corporate Woods, Suite 230
Rochester, NY 14623

American Pop Corn
One Fun Place
PO Box 178
Sioux City, IA 51102

Armory Securities, LLC
1230 Rosecrans Avenue, Suite 660
Manhattan Beach, CA 90266

Arnold, Jason
1897 Balboa Street
Eugene, OR 97408

B & I HARDWARE & RENTAL
120 W. 6TH STREET
JUNCTION CITY, OR 97448

BARKE GROUP INC.
PO BOX 44203
EDEN PRAIRIE, MN 55344

BASCOM FAMILY FARMS
56 SUGARHOUSE RD
Alstead, NH 03602

BATORY FOODS
1700 E HIGGINS RD
SUITE 300
DES PLAINES, IL 60018

BEAVER SPORTS PROPERTIES
C/O LEARFIELD COMMUNICATIONS
PO BOX 843038
KANSAS CITY, MO 64184-3038

BIOLOGIC RESOURCES LLC
10260 SW NIMBUS AVE
SUITE M11
PORTLAND, OR 97223

BNSF LOGISTICS
75 REMITTANCE DRIVE
SUITE 1767
CHICAGO, IL 60675

BNSF Logistics, LLC
c/o Joseph L. Steinfeld, Jr., ASK LLP
2600 Eagen Woods Drive, Suite 400
Saint Paul, MN 55121

BODTKER MACHINE
94213 RIVER ROAD
JUNCTION CITY, OR 97448

BUNGE NORTH AMERICA-MILLING
PO BOX 842453
Boston, MA 02284

BUY-LOW LOOPS LP #902
8188 RIVER WAY
DELTA, BC V4G 1K5

Barber, Stephen
684 Oakdale Avenue
Springfield, OR 97477

Bedolla, Mary B
1304 Chambers  Apt 3
Eugene, OR 97402

Betty Small
1138 Breckenridge Drive
Junction City, OR 97448

Betty Small Trust
1138 Breckenridge Drive
Junction City
OR 97448

Bivens II, Kelly R
411 Alder Street
Junction City, OR 97448

Blasengame, Dominic J
92599 Prairie Road
Junction City, OR 97448

Buck, Kenyon E
1340 C Street
Springfield, OR 97477

Buntin, Sean L
4866 Camellia Street
Springfield, OR 97478

C H ROBINSON COMPANY
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

C. CRETORS AND COMPANY
176 MITTEL DRIVE
WOOD DALE, IL 60191

CARDMEMBER SERVICES
CHASE CORP VISA

CARQUEST
323 HATTON LANE
JUNCTION CITY, OR 97448

CDB PACKAGING
2058 N MILLS AVENUE #246
CLAREMONT, CA 91711

CHALLENGE DAIRY PRODUCTS
PO BOX 742266
LOS ANGELES, CA 90074-2266

CHANDLER FOOD SALES
601 NW 10TH STREET
PO BOX 532607
GRAND PRAIRIE, TX 75053

CHEP USA
15226 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CHEX FINER FOODS
71 HAMPDEN ROAD
MANSFIELD, MA 2048

COHEN & STONE
124 Haverford Ct
Falling Waters, WV 25419

COLUMBIA CORRUGATED BOX
12777 SW TUALATIN-SHERWOOD RD
TUALATIN, OR 97062

COLUMBIA STATE BANK
PO BOX 1757
TACOMA, WA 98401-1757

COMCAST 9679
PO BOX 37601
PHILADELPHIA, PA 19101

COMCAST-4616
PO BOX 34227
SEATTLE, WA 98124

COMCAST-7242
PO BOX 34227
SEATTLE, WA 98124

COMCAST-7798
PO BOX 34227
SEATTLE, WA 98124

CORPORATE PAYMENT SYSTEMS
PO BOX 6335
FARGO, ND 58125-6335

COSMOS CREATIONS PAYROLL
395 E 1ST AVE
JUNCTION CITY, OR 97448

COYOTE LOGISTICS LLC
PO BOX 742636
ATLANTA, GA 30374-2636

Cain, Benjamin
1063 S. 34th Place
Springfield, OR 97478

California Franchise Tax Board
PO Box 1468
Sacramento, CA 65812

Campbell, Marianne
820 Williams Street
Eugene, OR 97402

Celtic Capital Corp.
23622 Calabasas Rd.
Suite 323
Calabasas, CA 91302

Celtic Capital Corp.
Hemar, Rousso & Heald, LLP,  Attn: J. Al
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Challenge Dairy Products, Inc.

Chambers, Aaron R
1050 Nyssa Street
Junction City, OR 97448

Chrono Heath Care, Inc.
395 E. 1st
Junction City, OR 97448

City of Junction City
PO Box 250
Junction City, OR 97448

Columbia State Bank
Farleigh Wada Witt, Attn: Kimberley McGa
121 SW Morrison Street, Suite 600
Portland, OR 97204

Columbia State Bank
500 E Broadway Suite 300
Vancouver, WA 98660

Columbia State Bank
1301 A St.
Suite 800
Tacoma, WA 98402

Conklin Jr, William
3255 Gateway Street  #8
Springfield, OR 97477

D & B Grocers
35400 Central City Parkway
Westland, MI 48185

DATA COUNCIL INC, THE
PO Box 970066
Boston, MA 02297

DAYMON WORLDWIDE INC
PO BOX 744820
ATLANTA, GA 30374

DE LAGE LANDEN FINANCIAL SERVICE
PO BOX 41602
PHILADELPHIA, PA 19101

DECOPAC INC
SDS 12-0871
PO BOX 86
MINNEAPOLIS, MN 55486-0871

DELTA IT SERVICES LLC
PO BOX 1675
SANDY, OR 97055

DEPARTMENT OF CONSUMER & BUSIN
REVENUE SERVICES SECTION
PO BOX 14610
SALEM, OR 97309-0445

DIRECT TRANSPORT
PO BOX 870
WILSONVILLE, OR 97070

DOMINO FOODS INC
PO BOX 79066
CITY OF INDUSTRY, CA 91716

DR JOHNSON SALES & MARKETING
3526 LAKEVIEW PARKWAY
SUITE B 231
ROWLETT, TX 75088

DW SALES LLC
938 NORTH 79TH STREET
SEATTLE, WA 98103

Davis, Seth M
245 Crona Street
Junction City, OR 97448

De Castro, Jheorgie
28611 Cox Butte Road
Junction City, OR 97448

De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd.
Wayne, PA 19087

Debra and Norman Magnuson
31871 Herman Road
Eugene
OR 97408

Dewayne Tiller
38879 Upper Camp Creek
Springfield, OR 97478

Dewayne Tiller
38879 Upper Camp Creek
Springfield
OR 97478

Dianne Fay Leavitt
5250 Senger Lane
Eugene
OR 97405

Dominguez Family Enterprises, Inc.
Motschenbacher & Blattner LLP, Attn: Nic
117 SW Taylor, #300
Portland, OR 97204

Dominguez Family Enterprises, Inc.
2885 Van Horn Dr.
Hood River, OR 97031

Drago, Caitlyn
643  Kalmia Street
Junction City, OR 97448

Dunigan, John D
475 Lindale  Apt 28
Springfield, OR 97477

Dunn, Robert K
740 65th Street
Springfield, OR 97478

EARTH2O
PO BOX 70
CULVER, OR 97734

ECRM
27070 MILES ROAD  SUITE A
SOLON, OH 44139

ELISA TECHNOLOGIES INC
2501 NW 66TH CT
GAINESVILLE, FL 32653

EMPIRE RUBBER SUPPLY
PO BOX 14950
PORTLAND, OR 97293-0950

EOFF ELECTRICAL SUPPLY CO.
PO BOX 748177
LOS ANGELES, CA 90074-8177

ESHA RESEARCH INC
4747 SKYLINE RD S
STE 100
SALEM, OR 97306

ESHIPPING
PO BOX 775332
Chicago, IL 60677

ESHIPPING LLC
PO BOX 775332
CHICAGO, IL 60677

EUGENE FASTENER & SUPPLY COMPA
PO BOX 2563
EUGENE, OR 97402-0209

EUGENE PALLET ENTERPRISES
PO BOX 42052
EUGENE, OR 97404

EUGENE URGENT CARE
1292 HIGH ST STE 224
EUGENE, OR 97402

FEDEX CUSTOM CRITIAL
PO Box 645123
Pittsburgh, PA 15264

FEDEX FREIGHT
DEPT LA
PO BOX 21415
PASADENA, CA 91185-1415

FEDEX FREIGHT
DEPT CH
PO BOX 10306
PALATINE, IL 60055

FLAVORCHEM
1525 BROOK DRIVE
DOWNERS GROVE, IL 60515

FONA INTERNATIONAL INC
PO BOX 71333
CHICAGO, IL 60694

FOODAROM
5525 WEST 1730 SOUTH
SUITE 202
SALT LAKE CITY, UT 84104

FORMER FAB, INC
2101 Former Fab Dr
Pearland, TX 77581

FREIGHTQUOTE
PO BOX 9121
MINNEAPOLIS, MN 55480

Foodarom, c/o Euler Hermes Canada Euler Herme
attn: Sam Gullotti
1155, boul. René-Lévesque Ouest, bureau
Montréal (Québec) H3B 2L2,

Frank and Linda Taylor
95796 Howard Lane
Junction City, OR 97448

Freightquote
Timothy W. Fafinski, c/o The Greenleaf G
3411 Brei Kessel Road
Independence, MN 55359

Freightquote.com
c/o Timothy W. Fafinski
3411 Brei Kessel Road
Maple Plain, MN 55359

Fultz, David L
92599 Prairie Road
Junction City, OR 97448

GENWORTH LIFE AND ANNUITY
PO BOX 740118
CINCINNATI, OH 45274

GLEAVES SWEARINGEN LLP
PO BOX 1147
EUGENE, OR 97440-1147

GLORY BEE FOODS
PO BOX 35142 #105
SEATTLE, WA 98124

GRAIN MILLERS
1626 S JOAQUIN DR.
Marion, IN 46953

GRAIN MILLERS, INC.
1626 S JOAQUIN DR.
MARION, IN 46953

GRASS ROOTS MARKETING
1514 CANAL STREET
SPRINGFIELD, OR 97477

GREENWOOD ASSOCIATES
6280 W HOWARD STREET
NILES, IL 60714

GS1 CANADA
C/O TH1029
PO BOX 4283
TORONTO, ON M5W 5W6

Garcia, Anthony
1326 Oak Patch Road  #45
Eugene, OR 97402

Gibson, Amelia
2681 Janelle Way
Eugene, OR 97404

Gonzales, Robert
788 Elm Street
Junction City, OR 97448

Graystone Legacy Investments, Inc.
12822 NE 43rd Circle
Vancouver, WA 98682

HOMETREE CONSULTING
27390 BARKER RD
EUGENE, OR 97402

HYGIENA
ATTN: ACCOUNTS RECEIVABLE
FILE 2007
PASADENA, CA 91199

Hal Woodyard
1257 Edin Bridge Court
Cumming
GA 30041

Harris, Kirby M
440 E 2nd Avenue
Junction City, OR 97448

Hayes, Steven R
2844 Martinique Ave
Eugene, OR 97408

Henderson, Scott M
17056 Cougar
La Pine, OR 97739

Hogan, Matthew O
2620 Ross Lane
Eugene, OR 97404

Hop Capital
323 Sunny Isles Blvd., Suite 501
North Miami Beach, FL 33160

IDEAL SALES & SERVICE
PO BOX 1173
MOLALLA, OR 97038

IMEX MANAGEMENT
4525 PARK ROAD
SUITE B-103
CHARLOTTE, NC 28209

IMPACT GROUP
ATTN: ACCOUNTS RECEIVABLE
PO BOX 24131
SEATTLE, WA 98124

INDUSTRIAL SOURCE
NATIONAL FIRE FIGHTER/WILDLAND
PO BOX 2330
EUGENE, OR 97402

INFORMA/EXPO WEST
NATURAL PRODUCTS EXPO WEST
24654 NETWORK PLACE
CHICAGO, IL 60673

IRS
PO Box 7346
Philadelphia, PA 19101-7346

ISLER CPA
1976 GARDEN AVE
EUGENE, OR 97403

J B HUNT TRANSPORT INC
PO BOX 98545
CHICAGO, IL 60693-8545

JACOBSEN SALT CO
602 SE SALMON ST
PORTLAND, OR 97214

JONES & ROTH
P.O. BOX 10086
EUGENE, OR 97440

Jason Goss
39040 Upper Camp Creek
Springfield
OR 97478

Jerid Strasheim
852 Unity Drive
Eugene
OR 97408

Jerry Strasheim
13379 E. 49th St.
Yuma, AZ 85367

John Strasheim
1138 Breckenridge Drive
Junction City
OR 97448

John Strasheim
1138 Breckenridge Drive
Junction City, OR 97448

John Strasheim
1138 Breckenridge Dr.
Junction City, OR 97448

Judd, Jeffrey Tab
1425 South Lindsay Road  #32
Mesa, AZ 85204

KEN SWAIN
26221 GOLADA
MISSION VIEJO, CA 92692

KOF-K
201 THE PLAZA
TEANECK, NJ 7666

KS CHEMS
1360 W. CROWELL LANE
HALSEY, OR 97348

Kerns, David D
27451 Bud Vaughn Rd
Junction City, OR 97448

Kerns, Michelle L
27451 Bud Vaughn Rd
Junction City, OR 97448

Korte, Bryian A
1825 G Street
Springfield, OR 97477

Krueger, Jett
3376 Chevy Chase Street
Eugene, OR 97401

Kuhn, James M
93520 Highway 99 #6
Junction City, OR 97448

Kyle Dixon
28093 Crossley Lane
Eugene
OR 97402

LAND O'LAKES
PO BOX 840897
DALLAS, TX 75284-0897

LANE COUNTY TAX ASSESSOR
125 EAST 8TH AVENUE
EUGENE, OR 97401

LUCKY VITAMIN
555 E NORTH LANE
SUITE 6050
CONSHOHOCKEN, PA 19428

LaFontaine, Hanna
Eugene, OR 97401

Land O' Lakes, c/o D&S Global Solutions
Ref #2642314, Attn: Travis
13809 Research Blvd. #800
Austin, TX 78750

Land O' Lakes, c/o D&S Global Solutions
Attn: Travis, Reference #2642314
13809 Research Blvd., #800
Austin, TX 78750

Lane County - Business Tax Warrant
125 E. Eighth Ave.
Eugene, OR 97401

MADDOX METAL WORKS
4116 BRONZE WAY
DALLAS, TX 75273-1092

MARY BEDOLLA
1304 Champers Ave. Apt. #3
Eugene, OR 97402

MATRIX PACKAGING MACHINERY LLC
PO BOX 932182
CLEVELAND, OH 44193

MBD
MARKETING BY DESIGN
PO BOX 3231
BEVERLY, MA 1915

MCGUIRE BEARING CO.
947 SE MARKET ST.
PORTLAND, OR 97214-3574

MITZEL & ASSOCIATES INC
PO BOX 5759
VALLEJO, CA 94591

MMI PROFESSIONAL SERVICE
CONSUMER SCIENCE
4717 FLETCHER AVENUE
FORT WORTH, TX 76107

MOTION INDUSTRIES
PO BOX 98412
CHICAGO, IL 60693

MOUNTAIN CREEK MARKETING
ATTN SHERWIN BECK
6565 S DAYTON ST
GREENWOOD VILLAGE, CO 80111

MUELLER YURGAE ASSOCIATES INC
1055 SE 28TH STREET
GRIMES, IA 50111

Malecha, Bryan C
4415 Avalon Street
Eugene, OR 97402

Matt Tiller
39559 Upper Camp Creek
Springfield
OR 97478

McBride, Ricky Lee
2380 Roosevelt Blvd.  #5
Eugene, OR 97402

McKinney, Jr, Terry
2005 Marcola Road
Springfield, OR 97477

Merrill, Jennifer L
576 Taney Street
Eugene, OR 97402

Mogstad, Dean W
6617 Main St
Springfield, OR 97478

Mogstad, Kristen
6615 Main Street
Springfield, OR 97478

Moody, Jahi J
310 Mill Street Apt 23
Springfield, OR 97477

Moosbrugger, Kacie M
1747 Elkay Drive
Eugene, OR 97404

NATURES HEALTH CARE LLC
395 E 1ST AVE
JUNCTION CITY, OR 97448

NEOGEN CORPORATION
620 LESHER PLACE
LANSING, MI 48912

NEW SEASONS MARKET - PORT
1300 SE STARK STREET
SUITE 401
PORTLAND, OR 97214

NOLAN TRANSPORTATION GROUP
PO BOX 931184
ATLANTA, GA 31193

NORTH COAST ELECTRIC COMPANY
PO BOX 34399
SEATTLE, WA 98124-1399

NORTHWEST INDUSTRAIL STAFFING
PO BOX 41995
EUGENE, OR 97404

NSF INTERNATIONAL
DEPT. LOCKBOX #771380
PO BOX 77000
DETROIT, MI 48277

NW NATURAL GAS
PO BOX 6017
PORTLAND, OR 97228

Nelson, Casey A
1725 N. 5th Street
Springfield, OR 97477

OAK OVERSEAS LTD
112 CARBARRUS AVENUE E
CONCORD, NC 28025

ODR
Bankruptcy Dept.
555 Center St. NE
Salem, OR 97301

OMLID & SWINNEY
FIRE PROTECTION & SECURITY
157 S. 47TH ST.
SPRINGFIELD, OR 97478

OREGON PEST CONTROL
2852 WILLAMETTE STREET  PMB152
EUGENE, OR 97405

OREGON TILTH
2525 SE 3RD STREET
CORVALLIS, OR 97333

OnDeck Capital
1400 Broadway
25th  Floor
New York, NY 10018

OnDeck Capital
On Deck Capital Client Services Center
4201 Wilson Blvd, Ste 110-209
Arlington, VA 22203

PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006

PACIFIC PALLET  INC.
PO BOX 50909
EUGENE, OR 97405

PACIFIC POWER
P.O. BOX 26000
PORTLAND, OR 97256-0001

PACIFIC SOURCE HEALTH PLAN
ATTN: ASHLEY WEBER
PO BOX 4210
PORTLAND, OR 97208

PART SOLUTIONS LLC
PO BOX 1545
VALPARAISO, IN 46384

PENINSULA TRUCK LINES
PO BOX 748895
LOS ANGELES, CA 90074

PENINSULA TRUCK LINES INC
PO Box 748895
Los Angeles, CA 90074

PERSONNEL SOURCE
555 LINCOLN STREET
EUGENE, OR 97401

POWDERPURE
250 STEELHEAD WAY
THE DALLES, OR 97058

Pacific Office Automation
PO Box 41602
Philadelphia, PA 19101

Passmore, Bill
350 Cedar Street
Junction City, OR 97448

Pomeroy, Derek
834 Laurel Street
Junction City, OR 97448

QUANTEK INSTRUMENTS INC
183 MAGILL DRIVE
GRAFTON, MA 1519

R. Derek Jaros
PO Box 1957
Sisters
OR 97559

REDWOOD MULTIMODAL
32433 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0324

REIST POPCORN CO.
PO BOX 155
MOUNT JOY, PA 17552-0155

ROADRUNNER TRANSPORTATION
PO BOX 74857
CHICAGO, IL 60694

RPG CONSULTANTS
181 SOUTH FRANKLIN AVENUE
SUITE 202
VALLEY STREAM, NY 11581

Ron Evans
2015 NE 56th Avenue
Portland
OR 97213

SAIF CORPORATION
400 HIGH STREET SE
SALEM, OR 97312

SANTUCCI ASSOCIATES INC
1010 MILL CREEK DR
FEASTERVILLE, PA 19053

SCHNEIDER NATIONAL INC
2567 PAYSPHERE CIRCLE
CHICAGO, IL 60674

SEIDMAN FOOD BROKERAGE
7684 WILES RD
CORAL SPRINGS, FL 33067

SHOES FOR CREWS  LLC
FILE LOCKBOX 51151
LOS ANGELES, CA 90074-1151

SJ COLLECTIVE
3631 COUNTRYSIDE LN
EUGENE, OR 97404

SNOTEMP COLD STORAGE
P.O. BOX 2066
EUGENE, OR 97402

SOUTHSTAR FINANCIAL LLC
PO Box 2323
Mount Pleasant, SC 29465

SPECIALTY FOOD ASSOCIATION
FINANCE DEPT
136 MADISON AVE  12 FLOOR
NEW YORK, NY 10016

SPRING VALLEY DAIRY
PO BOX 20970
KEIZER, OR 97307

SPS COMMERCE  INC.
VB BOX 3
PO BOX 9202
MINNEAPOLIS, MN 55480-9202

STANDARD INSURANCE COMPANY
LIFE AND DISABILITY
PO BOX 645311
CINCINNATI, OH 45264

Schmid, Lori I
91175 N. Emerald Street
Coburg, OR 97408

Scott, Carissa J
3652 River Heights Drive
Springfield, OR 97477

Steve Hayes
2877 Martinique Ave.
Eugene
OR 97408

Strasheim, James B
537 NEISMITH BLVD
Eugene, OR 97404

Strasheim, Jerid D
852 Unity Drive
Junction City, OR 97448

Strasheim, John P
1138 Breckenridge Drive
Junction City, OR 97448

Strasheim, Josh W
111 SW Quince Street
Junction City, OR 97448

Strasheim, Mary C
1138 Breckenridge
Junction City, OR 97448

Strasheim, Nicole
94893 Hwy 99 W
Junction City, OR 97448

THE AUTOMATION GROUP
4678 ISABELLE STREET
EUGENE, OR 97402

THE MILL AT KINGS RIVER
15111 E GOODFELLOW AVE
SANGER, CA 93657

TIAA BANK
PO BOX 911608
DENVER, CO 80291-1608

TIAA Bank
PO BOX 911608
Denver, CO 80291-1608

TOTAL QUALITY LOGISTICS
PO BOX 634558
CINCINNATI, OH 45263-4558

TOTEM PALLET & CRATE
87315 CEDAR FLAT RD
SPRINGFIELD, OR 97478

TRANSWORLD SHIPPING(USA)
3748 BAYER AVE
UNIT 201
LONG BEACH, CA 90808

TRINITY SALES INC
124 SWAN RD
SMITHFIELD, RI 2917

The Knapp Family Trust
411 Whiskey Hill Road
Woodside
CA 94062

Thomas, Jacob
4330 Murname
Eugene, OR 97402

Thomas, Rickey
643 Territorial Road
Harrisburg, OR 97446

Total Sweeteners dba Batory Foods
c/o Louis Weinstock, Esq.
223 W. Jackson Blvd., #512
Chicago, IL 60606

Total Sweetners, Inc. dba Batory Foods
c/o Louis Weinstock, Esq.
223 W. Jackson Blvd., #512
Chicago, IL 60606

UNITEDHEALTHCARE
5 CENTERPOINTE DR STE 600
LAKE OSWEGO, OR 97035

UNIVERSAL STUDIOS LICENSING
10 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

US BANK EQUIPMENT FINANCE
PO BOX 790448
St. Louis, MO 63179-0448

US BANK EQUIPMENT FINANCE
PO BOX 790448
ST. LOUIS, MO 63179-0448

Union Insurance Co.
660 E Watertower Street
Meridian, ID 83642

VERIZON
PO BOX 660108
DALLAS, TX 75266-0208

Villa, Maria V
PO Box 71663
Springfield, OR 97475

WCP SOLUTIONS
PO BOX 84145
SEATTLE, WA 98124

WELCHS FOODS INC
300 BAKER AVE
SUITE 101
Concord, MA 01742

WESTERN PACKAGING INC
PO BOX 297
ALBANY, OR 97321

WIRELESS SOURCE
1711 WILLAMETTE ST. SUITE 301
EUGENE, OR 97401

Washington Department of Revenue - BK Notice
2101 4th Avenue #1400
Seattle, WA 98121

Wells Fargo Bank, N.A.
300 Tri-State International
STE 400
Lincolnshire, IL 60069

Wombacher, Patrick  J
536 Cinderella Loop
Eugene, OR 97404

Woodyard, Hal A
1257 Edin Bridge Court
Cummming, GA 30041

Worldwide Capital Management, Inc.
6 Venture
Suite 305
Irvine, CA 92618

Worldwide Capital Management, Inc.
30 Wall Street
8th Floor
New York, NY 10005

XPO LOGISTICS FREIGHT INC
29559 NETWORK PLACE
CHICAGO, IL 60673

United States Bankruptcy Court

District of Oregon

In re:  4 Him Food Group, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____07/02/2019_____

/s/ John Strasheim
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

**IN RE:**                              Case No._____

4 Him Food Group, LLC

_____ Chapter _____11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Hal Woodyard<br>1257 Edin Bridge Court, Cumming, GA 30041 | 1.33% | |
| Betty Small Trust<br>1138 Breckenridge Drive, Junction City, OR 97448 | 4.64% | |
| Ron Evans<br>2015 NE 56th Avenue, Portland, OR 97213 | 3.34% | |
| Debra and Norman Magnuson<br>31871 Herman Road, Eugene, OR 97408 | 1.33% | |
| Kyle Dixon<br>28093 Crossley Lane, Eugene, OR 97402 | 6.29% | |
| Dianne Fay Leavitt<br>5250 Senger Lane, Eugene, OR 97405 | 3.31% | |

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

4 Him Food Group, LLC
_____ Chapter _____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares<br>(Or Percentage) | Security Class<br>(or kind of interest) |
|---|---|---|
| R. Derek Jaros<br>PO Box 1957, Sisters, OR 97559 | 3.81% | |
| The Knapp Family Trust<br>411 Whiskey Hill Road, Woodside, CA 94062 | 4.82% | |
| Steve Hayes<br>2877 Martinique Ave., Eugene, OR 97408 | 2.22% | |
| Jerid Strasheim<br>852 Unity Drive, Eugene, OR 97408 | 12.16% | |
| Jason Goss<br>39040 Upper Camp Creek, Springfield, OR 97478 | 9.32% | |
| Matt Tiller<br>39559 Upper Camp Creek, Springfield, OR 97478 | 9.32% | |

**IN RE:**                                              Case No._____

4 Him Food Group, LLC
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Dewayne Tiller<br>38879 Upper Camp Creek, Springfield, OR 97478 | 11.27% | |
| John Strasheim<br>1138 Breckenridge Drive, Junction City, OR 97448 | 27.34% | Managing member |

Fill in this information to identify the case:

Debtor name ___4 Him Food Group, LLC_____

United States Bankruptcy Court for the: __District of Oregon_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Graystone Legacy Investments, Inc. 12822 NE 43rd Circle Vancouver, WA, 98682 | | Monies Loaned / Advanced | | | | 1,660,500.00 |
| 2 | CDB PACKAGING 2058 N MILLS AVENUE #246 CLAREMONT, CA, 91711 | | Suppliers or Vendors | | | | 575,763.59 |
| 3 | Frank and Linda Taylor 95796 Howard Lane Junction City, OR, 97448 | | Monies Loaned / Advanced | | | | 412,000.00 |
| 4 | COLUMBIA CORRUGATED BOX 12777 SW TUALATIN-SHERWOOD RD TUALATIN, OR, 97062 | | Suppliers or Vendors | | | | 87,861.87 |
| 5 | BATORY FOODS 1700 E HIGGINS RD SUITE 300 DES PLAINES, IL, 60018 | | Suppliers or Vendors | | | | 80,298.32 |
| 6 | NOLAN TRANSPORTATION GROUP PO BOX 931184 ATLANTA, GA, 31193 | | Suppliers or Vendors | | | | 72,018.98 |
| 7 | J B HUNT TRANSPORT INC PO BOX 98545 CHICAGO, IL, 60693-8545 | | Suppliers or Vendors | | | | 58,827.71 |
| 8 | BUNGE NORTH AMERICA-MILLING PO BOX 842453 Boston, MA, 02284 | | Suppliers or Vendors | | | | 57,600.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | WELCHS FOODS INC 300 BAKER AVE SUITE 101 Concord, MA, 01742 | | Suppliers or Vendors | | | | 50,000.00 |
| 10 | AMERICAN EXPRESS CORPORATE PO BOX 650448 DALLAS, TX, 75265-0448 | | Suppliers or Vendors | | | | 46,526.39 |
| 11 | FOODAROM 5525 WEST 1730 SOUTH SUITE 202 SALT LAKE CITY, UT, 84104 | | Suppliers or Vendors | | | | 46,316.71 |
| 12 | GLORY BEE FOODS PO BOX 35142 #105 SEATTLE, WA, 98124 | | Suppliers or Vendors | | | | 44,604.48 |
| 13 | GRAIN MILLERS 1626 S JOAQUIN DR. Marion, IN, 46953 | | Suppliers or Vendors | | | | 38,637.50 |
| 14 | PERSONNEL SOURCE 555 LINCOLN STREET EUGENE, OR, 97401 | | Services | | | | 35,746.04 |
| 15 | UNIVERSAL STUDIOS LICENSING 10 UNIVERSAL CITY PLAZA UNIVERSAL CITY, CA, 91608 | | Suppliers or Vendors | | | | 31,819.16 |
| 16 | UPS FREIGHT 28013 NETWORK PLACE CHICAGO, IL, 60673-1280 | | Suppliers or Vendors | | | | 31,705.61 |
| 17 | BASCOM FAMILY FARMS 56 SUGARHOUSE RD Alstead, NH, 03602 | | Suppliers or Vendors | | | | 31,441.61 |
| 18 | UNITEDHEALTHCARE 5 CENTERPOINTE DR STE 600 LAKE OSWEGO, OR, 97035 | | Services | | | | 30,688.80 |
| 19 | PENINSULA TRUCK LINES INC PO Box 748895 Los Angeles, CA, 90074 | | Suppliers or Vendors | | | | 27,548.80 |
| 20 | C. CRETORS AND COMPANY 176 MITTEL DRIVE WOOD DALE, IL, 60191 | | Suppliers or Vendors | | | | 27,413.75 |

**Timothy A. Solomon**, OSB 072573
Direct:  971.634.0194
Email:  tsolomon@LLG-LLC.com
**Justin D. Leonard**, OSB 033736
Direct:  971.634.0192
Email:  jleonard@LLG-LLC.com
**LEONARD LAW GROUP** LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
Fax:  971.634.0250

Proposed Counsel for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. |
| **4 Him Food Group, LLC,** an Oregon corporation, dba **Cosmos Creations,** | **CERTIFICATE OF SERVICE RE: U.S. TRUSTEE** |
| Debtor. | |

I hereby certify that on July 2, 2019, I prepared a copy of the List of Creditors Holding 20 Largest Unsecured Claims and have carefully compared the same with the original thereof and it is a correct copy therefrom and the whole thereof. I further certify that this office prepared mailing labels addressed to the Debtor, Debtor's Attorney, and each creditor listed in the List of Creditors Holding 20 Largest Unsecured Claims.

I hereby certify that on July 2, 2019, I caused the above-described labels and List of Creditors Holding 20 Largest Unsecured Claims to be served on the Office of the U.S. Trustee at 405 East 8th Avenue Suite 1100, Eugene, OR 97401 by standard overnight mail (FedEx).

LEONARD LAW GROUP LLC

By:  /s/ Timothy A. Solomon
Timothy A. Solomon, OSB 072573
Proposed Counsel for Debtor and
Debtor in Possession

**Page 1 of 1 – CERTIFICATE OF SERVICE RE: U.S. TRUSTEE**