IT IS ORDERED that the application below is approved.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:
4 HIM FOOD GROUP, LLC
dba Cosmos Creations

Debtor(s)

Case No: 19-62049-tmr11

APPLICATION FOR SPECIAL
ADMISSION *PRO HAC VICE,*
**AND ORDER THEREON**

Adv. Proc. No. (if applicable): N/A

Plaintiff(s)
v.
N/A

Defendant(s)

The undersigned, attorney for the following named party(s): CELTIC CAPITAL CORPORATION _____, moves for admission of the following attorney *pro hac vice*:

(a) **APPLICANT ATTORNEY INFORMATION**

   (1) **Personal Data**:

       (A) Attorney's Name: Christopher D. Crowell

       (B) Firm or Business Affiliation: HEMAR, ROUSSO & HEALD, LLP

       (C) Mailing Address: 15910 Ventura Blvd., 12th Floor, Encino, CA 91436

       (D) Business Telephone Number: (818) 501-3800

       (E) Fax Telephone Number: (818) 501-2985

       (F) E-Mail Address: ccrowell@hrhlaw.com

120 (4/27/09) **Page 1 of 2**               *** SEE NEXT PAGE ***

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

   (A) State Bar Admissions, Standing, Admissions Date and BAR ID Number: see attached Exhibit A

   (B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number:
       see attached Exhibit A

(3) **Certification of Disciplinary Proceedings**:

   ☒ I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

   ☐ I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

   (A) Name and Oregon State Bar ID Number: Susan S. Ford

   (B) Firm or Business Affiliation: Sussman Shank LLP

   (C) Mailing Address: 1000 SW Broadway, Suite 1400, Portland, OR 97205

   (D) Business Telephone Number: (503) 227-1111

   (E) Fax Telephone Number: (503) 248-0130

   (F) E-Mail Address: sford@sussmanshank.com

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

*/s/ Susan S. Ford*                                    */s/ Christopher D. Crowell*

_____          _____
Local Counsel                                          Special Admissions Applicant
NAME: Susan S. Ford                                    NAME: Christopher D. Crowell
ADDRESS: 1000 SW Broadway, Suite 1400                  ADDRESS: 15910 Ventura Blvd., 12th Floor
         Portland, OR 97205                                     Encino, CA 91436
PHONE: (503) 227-1111                                  PHONE: (818) 501-3800

120 (4/27/09) **Page 2 of 2**

# Exhibit A

### To Application for Special Admission *Pro Hac Vice*
### of Christopher D. Crowell

State Bar of California, 12/11/07, Bar No. 253103

U.S. District Court, Central District of California, 4/18/12
U.S. District Court, Eastern District of California, 5/14/10
U.S. District Court, Northern District of California – 6/04/10
U.S. District Court, Southern District of California, 4/19/12
Ninth Circuit Court of Appeals, 12/4/12