**Timothy A. Solomon**, OSB 072573
   Direct: 971.634.0194
   Email: tsolomon@LLG-LLC.com
**Justin D. Leonard,** OSB 033736
   Direct: 971.634.0192
   Email: jleonard@LLG-LLC.com
**Holly C. Hayman**, OSB 114146
   Direct: 971.634.0193
   Email: hhayman@LLG-LLC.com
**LEONARD LAW GROUP LLC**
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
Fax: 971.634.0250

Counsel for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**4 Him Food Group, LLC,** an Oregon corporation, dba **Cosmos Creations,**<br><br>                Debtor. | Case No. 19-62049-tmr11<br><br>**CERTIFICATE OF SERVICE** |

On September 10, 2019, on behalf of 4 Him Food Group, LLC dba Cosmos Creations (the "**Debtor**"), I served

- Docket No. 63: Notice of Hearing on Debtor's Motion for Orders (1) Authorizing and Scheduling an Auction For the Sale of Substantially All Assets of the Debtor Free and Clear of Liens and Other Interests; (2) Approving Sale Procedures; (3) Approving Procedures For Assumption and Assignment of Executory Contracts and Unexpired Leases; (4) Approving Purchase Agreement or Subsequent Overbid; (5) Scheduling a Hearing to Consider Approval of the Sale; (6) Establishing the Form and Manner of Notices Related Thereto; and (7) Requesting Waiver of the Stay Under Bankruptcy Rule 6004(F) and 6006(D)

**Page 1 of 2 – CERTIFICATE OF SERVICE**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
www.leonard-law.com

Case 19-62049-tmr11    Doc 66    Filed 09/10/19

upon the following parties, by first-class mail, at the addresses set forth below:

Columbia State Bank
Attn: Hadley S. Robbins, CEO
1301 A St. Suite 800
Tacoma, WA 98402

Celtic Capital Corp.
Attn: Mark Hafner, President
23622 Calabasas Rd. Suite 323
Calabasas, CA 91302

Dominguez Family Enterprises, Inc.
Attn: Ruben Cleaveland, Reg. Agent
417 Sherman Avenue, Suite 7
Hood River, OR 97031

Lane County
c/o Stacie Smith, Accounting Manager
125 E. 8th Avenue
Eugene, OR 97401

Graystone Legacy Investments, Inc.
Attn: Grant S. Jones
18301 NE 78th Cir.
Vancouver, WA 98682

Frank and Linda Taylor
95796 Howard Lane
Junction City, OR 97448

Columbia Corrugated Box
Attn: Mark Overholt
12777 SW Tualatin Sherwood Rd.
Tualatin, OR 97062

U.S. Trustee, Eugene
405 E. 8th Avenue, Suite 1100
Eugene, OR 97401-2706

OnDeck Capital
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

2Loris, LLC
Attn: Randy McPherson
1247 Crenshaw Rd.
Eugene, OR 97401

Lane County
c/o Stephen E. Dingle, county counsel
125 E. 8th Avenue
Eugene, OR 97401

CDB Packaging, Inc.
Attn: Carl D. Brunst
2058 N. Mills Ave. #246
Claremont, CA 91711

American Pop Corn Company
Attn: Garry Smith, President
One Fun Place
Sioux City, IA 51108-1300

Personnel Source, Inc.
Attn: Jerry Stiltner
555 Lincoln St
Eugene, OR 97401

CDB Packaging
Attn: Carl D. Brunst
2058 N. Mills Ave. #246
Claremont, CA 91711-2812

DATED: September 10, 2019

LEONARD LAW GROUP LLC

By: /s/Timothy A. Solomon
    Timothy A. Solomon, OSB 072573
Counsel for Debtor

Page 2 of 2 – CERTIFICATE OF SERVICE

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
www.leonard-law.com

Case 19-62049-tmr11    Doc 66    Filed 09/10/19