Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No.: 19-62049-tmr11 |
|---|---|
| 4 Him Food Group, LLC dba Cosmos Creations, <br><br> Debtor. | ORDER AUTHORIZING EMPLOYMENT |

THIS MATTER having come before the Court upon the Second Amended Unsecured Creditors Committee's Application to Employ Counsel, Declaration of Proposed Attorney for Unsecured Creditors Committee and Rule 2014 Verified Statement for Proposed Professional;

IT IS HEREBY ORDERED that:

1. The Application is granted.

1 - ORDER AUTHORIZING EMPLOYMENT
00161717.000.docx

GAYDOS, CHURNSIDE & BALTHROP, P.C.
Attorneys at Law
440 E. Broadway, Suite 300
Eugene, Oregon 97401
(541) 343-8060 • Fax (541) 343-1599

2. Donald J. Churnside and Gaydos, Churnside & Balthrop, P.C., 440 East Broadway, Suite 300, Eugene, Oregon 97401, are hereby engaged and employed by the Unsecured Creditors Committee to represent the Unsecured Creditors Committee in all aspects of the debtor's Chapter 11 proceeding effective as of August 15, 2019.

3. Donald J. Churnside and Gaydos, Churnside & Balthrop, P.C.'s compensation shall be subject to Court approval in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

###

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

GAYDOS, CHURNSIDE & BALTHROP, P.C.
      /s/ Donald J. Churnside
Donald J. Churnside, OSB No. 791876

GAYDOS, CHURNSIDE & BALTHROP, P.C.
Attorneys at Law
440 East Broadway, Suite 300
Eugene OR  97401
Telephone:  (541) 343-8060
Facsimile:  (541) 343-1599
Email: don@oregonlegalteam.com
Proposed Attorneys for Unsecured Creditors Committee

cc:    see attached list

2 -    ORDER AUTHORIZING EMPLOYMENT

00161717.000.docx

*In re 4 Him Food Group, lLC dba Cosmos Creations*
US Bankruptcy Case No. 19-62049-tmr11
Service List Re: Order Authorizing Employment

**Manual Notice List**

Columbia Corrugated Box
Attn: Mark Overholt
12777 SW Tualatin Sherwood
Tualatin, OR 97062

Personnel Source
Attn: Jerry Stiltner
555 Lincoln St.
Eugene, OR 97401

J. Alexandra Rhim
15910 Ventura Blvd., 12th Flr.
Encino, CA 91436

John Strasheim
1138 Breckenridge Dr.
Junction City, OR 97448

**Electronic Mail Notice List**

- Christopher D. Crowell
- Susan S. Ford
- Nicholas J. Henderson
- Lance A. LeFever
- Margot D. Seitz
- Timothy A. Solomon
- Thomas W. Stilley
- Donald J. Churnside
- US Trustee, Eugene