SEBASTIAN TAPIA, OSB #043761
LANE COUNTY OFFICE OF LEGAL COUNSEL
125 East Eighth Avenue
Eugene, OR 97401
Telephone: (541) 682-3728
Facsimile: (541) 682-2038
E-mail: sebastian.tapia@lanecountyor.gov

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>4 Him Food Group, LLC, an Oregon corporation dba Cosmos Creations,<br><br>                                 Debtor. | Case No.: 19-62049-tmr11<br><br>OBJECTION TO SALE |

**RESPONSE**

      Creditor, Lane County Office of Assessment and Taxation, objects to Debtor's Motion for Order Authorizing the Sale of Substantially All Assets of the Debtor and Related Relief. ECF No. 76. Creditor claims a super-priority interest in the personal property that is subject to the proposed sale. Because this motion seeks to sell personal property "free and clear of liens," Lane County would be disproportionately disadvantaged under the proposed terms of this sale. *See* ECF No. 76, p. 5 ("The sale will be free and clear of lien and liability. . ."); *See also* ECF 76, p. 76, Exhibit A, p. 5 (Creditor references the sale of personal property). To the extent that Debtor might also seek to extinguish the super-priority lien resulting from unpaid real property

taxes, including taxes imposed on machinery and equipment, Creditor objects on that basis as well.

## RELEVANT POINTS AND AUTHORITIES

Personal property is defined to include "all chattels and movables, such as boats and vessels, merchandise and stock in trade, furniture and personal effects, goods, livestock, vehicles, farming implements, movable machinery, moveable tools and moveable equipment." ORS 307.020 (1)(c).

"Machinery and equipment" is classified as Real Property. Real property is defined to include the following:

A. The land itself, above or under water;
B. All buildings, structures, improvements, machinery, equipment, or fixtures erected upon, above or affixed to the land.

ORS 307.010(1)(b).

Ad valorem taxes are defined as "taxes lawfully imposed or levied on real or personal property." ORS 311.405(1). Such taxes are liens on real and personal property, respectively. *Id*. By statute, these liens "have priority over and shall be fully satisfied before all other liens, judgments, mortgages, security interests or encumbrances on the property without regard to the date of creation, filing or recording." ORS 311.405(9)(b).

These liens were intended to survive a transfer of ownership. "Real or personal property that is subject to taxation on July 1 shall remain taxable and taxes levied thereon for the ensuing tax year shall become due and payable, notwithstanding any subsequent transfer of the property to an exempt ownership or use." ORS 311.410(1).

Debtor's proposed plan would, in effect, eliminate Creditor's super-priority interest and eliminate the collateral for the lien attaches, both of which disproportionally disadvantages Creditor.

Creditor therefore requests the Court deny Debtor's Motion for Order Authorizing the Sale of Substantially All Assets of the Debtor and Related Relief.

DATED this 25th day of October, 2019.

                      LANE COUNTY OFFICE OF LEGAL COUNSEL

By:     s/ Sebastian Tapia
       SEBASTIAN TAPIA, OSB #043761
       Assistant County Counsel
       Lane County Office of Legal Counsel
          Of Attorneys for Creditor
       Lane County Office of Assessment and Taxation

# CERTIFICATE OF SERVICE

I certify that on October 25, 2019, I served the foregoing **OBJECTION TO SALE**, by placing a duly certified copy thereof in a sealed envelope plainly addressed as follows:

---

Timothy A. Solomon
Leonard Law Group, LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204

---

 XX   Postage prepaid and deposited in the United States Post Office at Eugene, Oregon

 XX   CM/ECF

_____   Delivered personally by me or by a member of my staff

_____   Facsimile Transmission, Fax No.: _____

_____   Electronic Mail

_____   Other (specify): _____

                    s/ Sebastian Tapia
SEBASTIAN TAPIA, OSB #043761
Assistant County Counsel
Lane County Office of Legal Counsel
125 East Eighth Avenue
Eugene, Oregon  97401
Telephone:  (541) 682-3728
Facsimile:  (541) 682-2038
E-mail: Sebastian.tapia@lanecountyor.gov
        Of Attorneys for Creditor
        Lane County Office of Assessment
        and Taxation

Page 4 – CERTIFICATE OF SERVICE    OFFICE OF LEGAL COUNSEL
COURTHOUSE/PUBLIC SERVICE BLDG.
125 East 8th Ave., Eugene, OR  97401
Phone:  (541) 682-4442||Fax:  (541) 682-2038

Case 19-62049-tmr11    Doc 82    Filed 10/25/19