UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor(s)

Case No. _____
        Amended

**SUMMARY OF ACCEPTANCES
AND REJECTIONS**

*Instructions to Filer:* The summary must reflect all classes designated in the plan, whether or not ballots were received in each class. If there are no votes in an impaired class, you must be prepared to discuss cramdown as to that class at the confirmation hearing.

| Class | Impaired or Unimpaired* | Total No. of Ballots Filed | % of Dollar Amount Accepting** | % of Number Accepting** |
|---|---|---|---|---|
| | | | | |

*If any class is designated as unimpaired, explain on an attached sheet why the class is unimpaired, or refer to the portion of the disclosure statement that provides that explanation.

**Complete these percentages only if a class is impaired or there are any rejecting ballots in an unimpaired class. The latter is required so the judge can determine the vote outcome if the judge disagrees with your conclusion that the class is unimpaired. When compiling the amount figures, use the allowed amount of each creditor's claim rather than any amount shown on the ballot. If the class is unimpaired and there are no rejecting ballots, enter "No rejecting ballots" in the last three columns of the form.

This summary consists of _____ pages.

I certify under penalty of perjury that:

- this summary completely and accurately reflects all ballots received;
- the tabulations are correct to the best of my knowledge;
- all ballots received are separated and assembled by acceptances and rejections by class;
- I have retained the originals;
- I will provide copies upon written request;
- upon objection to the accuracy of this summary, I will introduce the originals at the hearing on the objection for possible admission to the official court record; and
- this summary was served on any creditors' committee and the U.S. Trustee on the date below.

_____  _____
Date                             Signature                (OSB# if attorney)
                                 _____
                                 Type or Print Signer's Name

In re 4 Him Food Group, LLC
Case No. 19-62049-tmr11
Continuation of Summary of Acceptances and Rejections

| Class # | Class Name | Impaired / Unimpaired | Total # of Ballots Filed | % of Dollar Amount Accepting** | % of Number Accepting** |
|---|---|---|---|---|---|
| 1A | Lane County | Unimpaired – deemed to accept[1] | N/A | N/A | N/A |
| 1B | Columbia State Bank | Unimpaired – deemed to accept[2] | N/A | N/A | N/A |
| 1C | Celtic Capital Corporation | Unimpaired – deemed to accept[3] | N/A | N/A | N/A |
| 1D | 2Loris LLC | Unimpaired – deemed to accept[4] | N/A | N/A | N/A |
| 2 | General Unsecured | Impaired – entitled to vote | 17 | 100% | 100% |
| 3 | Lender Unsecured | Impaired – entitled to vote | 8 | 100% | 100% |
| 4 | Equity Interests | Impaired – deemed to reject | N/A | N/A | N/A |

---

[1] *See* Plan § 4.1.1; Disclosure Statement §§ I.B, I.C
[2] *See* Plan § 4.1.2; Disclosure Statement §§ I.B, I.C
[3] *See* Plan § 4.1.3; Disclosure Statement §§ I.B, I.C
[4] *See* Plan § 4.1.4; Disclosure Statement §§ I.B, I.C