UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) **Notice Re: Order**
) **Confirming Chapter 11**
) **Plan, Any Appropriate**
Debtor(s) ) **Injunction, and Discharge**

**NOTICE IS SERVED** by the undersigned (e.g., debtor's attorney) _____, whose name and service address are _____
_____, of the following:

A. This court entered an order on _____ confirming the plan dated _____, docket #_____, filed by (e.g., debtor) _____, and, if filed by debtor, the debtor's address and Taxpayer ID#(s) (last 4 digits) are: _____
_____.

B. Except as otherwise provided in the plan or order confirming the plan:

1. Unless a debtor is an individual who filed this case on or after 10/17/2005, then the debtor is discharged as follows:

    (a) The debtor is discharged from any debt that arose prior to the date of entry of the order confirming such plan and from any kind of debt specified in 11 U.S.C. §§ 502(g), (h) or (i), whether or not a proof of claim was filed or deemed filed, whether or not such claim was allowed, whether or not the holder of such claim accepted the plan and whether or not the right to payment was reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, secured or unsecured, except (i) for debts that are not discharged under 11 U.S.C. §§ 1141(d)(2) or § 1141(d)(6)(A) or (B), and (ii) if the plan liquidates substantially all estate property, the debtor does not engage in business after consummation, and a discharge would be denied under § 727(a) if the case were one under 11 U.S.C. Chapter 7.

    (b) Any judgment is void to the extent it is a determination of the debtor's liability with respect to any discharged debt.

2. If any debtor is an individual who filed this case on or after 10/17/2005, then the debtor shall not be discharged from any debt provided for in the plan until debtor completes all payments under the plan, unless the court orders otherwise for cause under 11 U.S.C. § 1141(d)(5)(A). The court may additionally grant a discharge to a debtor who has not completed plan payments if the court finds the debtor meets the criteria of 11 U.S.C. §§ 1141(d)(5)(B) or (C).

3. The property revested in the debtor under the plan is free and clear of all claims and interest of creditors and equity security holders.

4. Commencement or continuation of any action, or of employment of process or any act to collect, recover or offset any such debt as the debtor's personal liability, or from the debtor's property, is enjoined.

C. If applicable, the Order of Confirmation, in accordance with Federal Rule of Bankruptcy Procedure (FRBP) 3020, describes all acts enjoined by the plan that are not otherwise enjoined under the Bankruptcy Code.

D. Unless a written request for a hearing, setting forth specific objections, is filed with the clerk at 1050 SW 6th Ave. #700, Portland, OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401, within 21 days of this notice's service date in paragraph E, the court will consider the following applications for compensation or administrative expenses, if any, without further notice:

| Applicant | Total Amount of Final Request | Total Amount Paid to Date Including Retainers | Balance Due | Estimate of Case Related Post-Confirmation Compensation (Indicate If Included in Total Amount of Final Request) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

E. On _____ this notice was served on the debtor(s), any trustee, the U.S. Trustee, and their respective attorneys; all interested parties; and any identified entity subject to an injunction provided for in the plan against conduct not otherwise enjoined under the Bankruptcy Code.

_____
Signature & Relation to Case

1190 (12/1/2018)        Page 2 of 2

Case 19-62049-tmr11    Doc 155    Filed 08/27/20