UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re<br><br>15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>NOTICE OF HEARING ON CREDITOR TASHA TEHERANI-AMI'S MOTION TO DISMISS THE BANKRUPTCY CASES FOR CAUSE |
|---|---|

YOU ARE NOTIFIED THAT A HEARING, AT WHICH TESTIMONY MAY BE OFFERED

AND ACCEPTED, IF ADMISSIBLE, WILL BE HELD TO CONSIDER THE FOLLWING:

- *Creditor Tasha Teherani-Ami's Motion to Dismiss the Bankruptcy Cases for Cause [Docket No. 158]*

**DATE**: November 6, 2019

**TIME**: 1:30 p.m.

**LOCATION**: Courtroom 3, 1050 SW 6th Avenue # 700, Portland, OR 97204

Dated: October 16, 2019.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
(503) 894-9900
edubay@tomasilegal.com
Of Attorneys for Tasha Teherani-Ami

Page 1 – NOTICE OF HEARING ON CREDITOR TASHA TEHERANI-AMI'S MOTION TO DISMISS THE BANKRUPTCY CASE FOR CAUSE
TEHERA-B1\00485025.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-62049-tmr11    Doc    Filed 10/16/19

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2019 I served a copy of the foregoing **NOTICE OF HEARING ON CREDITOR TASHA TEHERANI-AMI'S MOTION TO DISMISS THE BANKRUPTCY CASES FOR CAUSE** by electronic means using ECF to the parties listed below:

STEPHEN P ARNOT on behalf of U.S. Trustee US Trustee, Portland
steve.arnot@usdoj.gov

NICHOLAS J HENDERSON on behalf of Debtor Vahan M. Dinihanian, Jr. and Jointly Administered Debtor Vahan M. Dinihanian, Jr.
nhenderson@portlaw.com,
tsexton@portlaw.com;mperry@portlaw.com;hendersonnr86571@notify.bestcase.com

ELAYNA Z MATTHEWS on behalf of Creditor Columbia State Bank
elayna@sglaw.com, ktate@sglaw.com

BRUCE H ORR on behalf of Interested Party Tasha Teherani-Ami, in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11
bho@wysekadish.com, tn@wysekadish.com;drw@wysekadish.com

ERICH M PAETSCH on behalf of Creditor Columbia State Bank
epaetsch@sglaw.com, ktate@sglaw.com

DOUGLAS R PAHL on behalf of Debtor 15005 NW Cornell LLC and Interested Party 15005 NW Cornell LLC
dpahl@perkinscoie.com, nlesage@perkinscoie.com;docketpor@perkinscoie.com

TROY SEXTON on behalf of Jointly Administered Debtor Vahan M. Dinihanian, Jr.
tsexton@portlaw.com, nhenderson@portlaw.com,mperry@portlaw.com,troy-sexton-4772@ecf.pacerpro.com

DANIEL L STEINBERG on behalf of Creditor Cornell Rd LLC and Creditor Lillian Logan
Daniel.Steinberg@jordanramis.com, Litparalegal@jordanramis.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

and by first-class mail to the parties listed below:

| | | |
|---|---|---|
| 15005 NW Cornell LLC<br>237 NW Skyline Blvd<br>Portland, OR 97210-1053 | Vahan M. Dinihanian<br>237 NW Skyline Blvd.<br>Portland, OR 97210-1053 | Alexander LLC<br>Attn: Alexander Logan<br>19830 W Dixie Mt. Rd<br>North Plains OR 97133 |

Page 1 – NOTICE OF HEARING ON CREDITOR TASHA TEHERANI-AMI'S MOTION TO DISMISS THE BANKRUPTCY CASE FOR CAUSE
TEHERA-B1\00485025.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-62049-tmr11    Doc    Filed 10/16/19

| Attorney General of the US<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington DC 20530-0001 | Bateman Seidel<br>c/o Gregory Miner<br>888 SW 5th Ave, Suite. 1250<br>Portland, OR 97204 | Beaverton Chamber of Commerce<br>412600 SW Cres St #160<br>Beaverton OR 97005 |
|---|---|---|
| Christiana LLC<br>Attn: Christiana Logan<br>19830 W Dixie Mt. Rd<br>North Plains OR 97133 | Dan Logan<br>19830 W Dixie Mt. Rd<br>North Plains OR 97133 | Daniel Lorenz<br>521 SW Clay St.<br>Portland OR 97201 |
| Gregory Miner<br>888 SW 5th Ave, Suite 1250<br>Portland OR 97204 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 1910-7346 | Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court St NE<br>Salem OR 97301-4096 |
| Oregon Dept. of Revenue<br>955 Center Street NE<br>Salem OR 97309-5018 | Oregon Dept. of Consumer & Business Services<br>350 Winter St NE 2nd Floor<br>Salem OR 97301 | Oregon Secretary of State<br>Public Service Building<br>255 Capitol St NE, Suite 151<br>Salem OR 97310 |
| Washington County<br>Dept of HHS - Code Enforcement<br>155 N. First Ave, MS 5A<br>Hillsboro OR 97124 | Washington County<br>Assessment & Taxation<br>155 N. First Ave<br>Hillsboro OR 97124 | Oregon State Treasury<br>900 Court Street, Room 159<br>Salem OR 97301 |
| Marlin Financial<br>300 Fellowship Rd.<br>Mount Laurel, NJ 08054 | Thomas A. Bittner Schulte Anderson, et al.<br>811 SW Naito Pkwy, Suite 500<br>Portland, OR 97204-3335 | Multnomah County<br>Assessment, Recording & Taxation<br>PO Box 2716<br>Portland, OR 97208-2716 |
| Eagle Holdings LLC<br>237 NW Skyline Blvd.<br>Portland, OR 97210-1053 | Envisiontec, Inc.<br>15162 S. Commerce Dr.<br>Dearborn, MI 48120 | Cornell Rd LLC<br>Attn: Lillian Logan<br>19830 W Dixie Mt. Rd<br>North Plains OR 97133 |

DATED: October 16, 2019.		TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
(503) 894-9900
edubay@tomasilegal.com
Of Attorneys for Tasha Teherani-Ami

Page 2 – NOTICE OF HEARING ON CREDITOR TASHA TEHERANI-AMI'S MOTION TO DISMISS THE BANKRUPTCY CASE FOR CAUSE
TEHERA-B1\00485025.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-62049-tmr11    Doc    Filed 10/16/19